JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff,
BYTE BRIDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTE BRIDGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company dba IPE SOLUTIONS; and DOES 1–10,inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MARVIN CUNANAN IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

I, Marvin Cunanan, declare as follows:

1. I am a Co-Founder and the General Manager of Plaintiff Byte Bridge, Inc. ("Plaintiff" or "Byte Bridge"). I make this declaration in support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. I am at least 18 years old and have personal knowledge of the facts set forth herein, except as otherwise stated. If called as a witness, I could and would competently testify to the matters stated herein.

2. Byte Bridge is a global IT solutions provider with entities and service locations across six continents. Byte Bridge is known in the industry as a leader possessing deep expertise in data centers and workplace solutions. On a global basis, Byte Bridge also helps companies bridge technological gaps and scaling issues.

3. From February 3 to December 17, 2025, Byte Bridge employed Defendant Curtis H. Breville ("Mr. Breville") initially as its Global Pre-Sales Engineering Manager – Systems and Cooling, then as Byte Bridge's Vice President of Data Center Cooling Programs and GTM.

4. At the start of his employment, Mr. Breville reviewed and signed a standard "Employment and Confidentiality Agreement" dated February 3, 2025. Attached as **Exhibit A** is a true and correct copy of the executed "Employment and Confidentiality Agreement."

5. At the end of his employment, Mr. Breville reviewed and signed a "Severance Agreement and General Release" dated December 17, 2025. Attached as **Exhibit B** is a true and correct copy of the executed "Severance Agreement and General Release."

6. In the course and scope of his employment as Byte Bridge's former Vice President, Mr. Breville participated in management of the corporation. Mr. Breville also possessed and would exercise some discretionary authority on behalf of Byte Bridge. He also handled and helped develop Byte Bridge's sensitive trade secrets related to Byte Bridge's industry technology and services. Such trade secrets specifically included the Foundational Liquid Cooling Certification ("FLCC") program and its related materials. Mr. Breville helped develop the FLCC program while Byte Bridge's employee. The FLCC program was and is part of Byte Bridge's commercial offerings for the benefit of its clients and potential customers for use in interstate and foreign commerce. Byte Bridge derives independent economic value from the FLCC program when Byte Bridge's clients and potential customers pay Byte Bridge to access it. The FLCC program is not generally known or readily ascertainable through proper means. Mr. Breville did not disclose the FLCC as a prior invention in his Employment Agreement or at any time before starting work at Bye Bridge. Byte Bridge has taken reasonable measures to keep the FLCC program's underlying materials a secret. For example, Byte Bridge has never published the FLCC program's underlying materials on its website or provided it for free. The FLCC program's underlying materials were and continues to be securely stored on Byte Bridge's encrypted internal servers. Byte Bridge also requires all of its employees, including Mr. Breville, to assign all work-for-hire proprietary rights to Byte Bridge and undergo relevant training as well. Byte Bridge charges its clients and potential customers to access its FLCC program. The underlying materials of Byte Bridge's FLCC program is not generally

known to Byte Bridge's competitors in the industry or to the general public. Byte Bridge affirmatively treats its FLCC program as a trade secret. This is because if a competitor accessed the FLCC program and its underlying materials, that competitor could benefit from insight into Byte Bridge's marketing strategies, business plans, and non-public details about existing and prospective clients and employees with little time and minimal cost.

7. In 2025, Byte Bridge made further investments into its FLCC program. Byte Bridge commenced intellectual property protections and launched a dedicated FLCC program webpage on May 15, 2025. Mr. Breville's profile, including his own name, biography, and photo, was listed on Byte Bridge's FLCC program webpage, as far back as on September 14, 2025. During his employment, Mr. Breville used Byte Bridge's name and the FLCC brand to promote Byte Bridge and its FLCC program to the wider industry, including potential customers. Attached as **Exhibit C** is a true and correct copy of Byte Bridge's FLCC program webpage as it appeared on May 15, 2025 and September 14, 2025, recently accessed via the Wayback Machine.

8. Mr. Breville took an active role in designing Byte Bridge's dedicated FLCC program webpage that was launched on May 15, 2025. On May 13, 2025, internal Byte Bridge emails were exchanged with Mr. Breville seeking his input on Byte Bridge's upcoming FLCC program webpage. With Mr. Breville's knowledge, Byte Bridge also began exploring potential trademarking options for its FLCC program in 2025. In fact, on May 6, 2025, Mr. Breville internally suggested to Byte Bridge's management that Byte Bridge should "trademark[] FLCC so that nobody else can copy it and put out their own[.]" Attached as **Exhibit D** is a true and correct copy of the May 6 and May 13, 2025 internal email correspondence.

9. I reviewed Mr. Breville's new company, IPE Solutions, at its website, https://ipe-solutions.com/. I have also reviewed Mr. Breville and IPE Solutions' LinkedIn webpages, https://www.linkedin.com/in/cbreville and https://www.linkedin.com/company/ipe-solutions-com. Based on my review of these publicly available webpages, it appears that after Mr. Breville left Byte Bridge in 2025, he soon launched IPE Solutions in 2026 as a direct competitor to Byte Bridge. Based on my review of these publicly available webpages, Mr. Breville, through IPE Solutions, began offering identical FLCC programs earlier this year. As of July 23, 2026, IPE Solutions'

website references "FLCC by IPE Solutions" and "Foundational Liquid Cooling Certification" programs. In June 2026, at least once consumer has already taken Mr. Breville and IPE Solutions' version of Byte Bridge's FLCC program. Byte Bridge never consented, whether express or implied, to Mr. Breville or IPE Solutions' use of the FLCC program trade name or its underlying materials. Attached as **Exhibit E** is a true and correct copy of screenshots of IPE Solutions' and Mr. Breville's websites and LinkedIn referencing "Foundational Liquid Cooling Certification" and "FLCC".

10. I have also reviewed Mr. Breville's pending trademark applications (Motion, § II.D) on the United States Patent and Trademark Office's website. Byte Bridge never consented, whether express or implied, to Mr. Breville or IPE Solutions' trademarking or ownership of the trade names of "Foundational Liquid Cooling Certification", "Liquid Cooling Certification", or "FLCC".

11. On information and belief, shortly after leaving Byte Bridge, Mr. Breville began targeting Byte Bridge's customers and/or partners by offering them IPE Solution's version of the FLCC program. On information and belief, Mr. Breville targeted Byte Bridge's customers by using Byte Bridge's proprietary information he obtained while employed at Byte Bridge. As a direct result of Mr. Breville's use of Byte Bridge's FLCC program and trade name, I strongly believe that Byte Bridge has suffered and continues to suffer damages in loss of goodwill, business opportunities, and a strong likelihood of confusion in the industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17 day of August, 2026, at Hayward, California.

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
Marvin Cunanan

# EXHIBIT A

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**EMPLOYMENT AND CONFIDENTIALITY AGREEMENT**

This Employment and Confidentiality Agreement ("Agreement") is entered into on Feb 03, 2025, by and between Byte Bridge, a corporation organized under the laws of California, USA, with its principal place of business located at 1502 Crocker Ave., Hayward CA 94544 herein after referred to as "Byte Bridge," and Employee Curtis H Breville , an individual with a mailing address of 13455 Kearney Street, Thornton CO 80602 Employee Residential Address hereinafter referred to as "Employee," collectively referred to as the "Parties."

1. **Employment**

**1.1 Position and Responsibilities:** Byte Bridge agrees to employ Employee in the capacity of **Global Pre-Sales Engineering Manager - Systems & Cooling** and Employee agrees to fulfill the responsibilities of this position and to comply with the terms and conditions outlined in this agreement.

**1.2 Location of Services:** Employee acknowledges and agrees to perform services at any location determined by Byte Bridge, which may be changed at Byte Bridge's discretion and without prior notice.

**1.3 Employment Term:** The employment relationship between Employee and Byte Bridge is at-will. Either party may terminate the employment relationship at any time, with or without cause, and with or without prior notice.

**1.4 Compensation:** Employee's compensation, including hourly wages for the hours worked and approved and benefits, will be as per the offer letter provided by Byte Bridge. Any changes or adjustments to the compensation and benefits will be governed by Byte Bridge's policies, procedures, and practices.

**1.5 Termination of Agreement**: This Agreement may be terminated by either party by providing the other party with a written notice of at least 2 weeks unless otherwise specified in the Agreement.

2. **Proprietary Information and Inventions**

**2.1 Proprietary Information Creation**: During Employee's employment with Byte Bridge, Employee may create, obtain, or have access to information with commercial value in the business in which Byte Bridge is engaged. This information is referred to as "Proprietary Information."

**2.2: Proprietary Information Defined:** By way of illustration, not limitation, Proprietary Information includes trade secrets, ideas, processes, drawings, blueprints, specifications, data,

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

computer programs, software, hardware, firmware, other original works of authorship, know-how, improvements, discoveries, developments, designs, innovations, techniques, business development strategies, marketing plans, strategies forecasts, new products, unpublished financial statements, budgets, projections, licenses, prices, costs, strategic alliances, ventures, and customer and supplier lists.

The foregoing obligations of confidentiality and non-use shall not apply to any Proprietary

Information that:

2.2.1 was known to Byte Bridge's prior to the date of disclosure pursuant to this Agreement and not obtained or derived directly or indirectly from employee;

2.2.2 is or becomes public or available to the general public otherwise than through the act or default of Employee or the act or default of the Byte Bridge officers, employees, partners, agents, or independent contractors;

2.2.3 is obtained subsequent to any disclosure under this Agreement from a third party who is lawfully in possession of the information and which information is not subject to any confidential or non-use obligations owed to Byte Bridge or others;

2.2.4 has been furnished by Byte Bridge to a third party without similar restrictions on disclosure; or

2.2.5 is required to be disclosed pursuant to requirements of Federal, State, or Local statute, regulation or court order, provided that Employee delivers prior written notice to Byte Bridge of such pending discharge and gives Byte Bridge a reasonable opportunity to oppose such disclosure with the applicable authority.

**2.3 Ownership of Proprietary Information:** Employee acknowledges that all Proprietary Information is the sole property of Byte Bridge, and Byte Bridge is the owner of all patents, copyrights, trade secrets, or other Intellectual Property Rights related to Proprietary Information.

**2.4 Non-Disclosure**: Employee agrees to keep all Proprietary Information confidential and not to disclose, reproduce, or use such information without prior written consent from Byte Bridge.

**2.5 Assignment of Inventions**: Employee hereby assigns and transfers to Byte Bridge the Employee's entire right, title, and interest acquired during the period of employment in all Proprietary Information and Intellectual Property Rights therein, discovered, originated, made or conceived, or learned by the Employee alone or jointly during the period of employment which result, directly or indirectly, from any of the following:

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**2.5.1** the use of premises or equipment owned, leased, or contracted for by Byte Bridge or supplies or Proprietary Information of Byte Bridge;

**2.5.2** work conducted on the time of Byte Bridge or

**2.5.3** work performed for Byte Bridge

Employee further acknowledges that all original works of authorship made by the Employee (solely or jointly) within the scope of and during the period of his or her employment with Byte Bridge and which are protectable by copyright are "works made for hire," as the term is defined in the United States Copyright Act. Employee understands and agrees that the decision whether to commercialize or market any invention developed by Employee is within the sole discretion and for the sole benefit of Byte Bridge, and no royalty will be due to Employee.

Employee hereby waives all moral rights, which he or she may have or hereafter acquire in any Proprietary Information and any Intellectual Property Rights therein. Employee will, at Byte Bridge Inc's request, promptly execute a written assignment of title to Byte Bridge for any Proprietary Information and Intellectual Property Rights therein and a written waiver of all moral rights therein, and Employee will preserve all Proprietary Information as confidential information of Byte Bridge.

**2.6 Notice of Inventions: Execution of Documents.** Employee agrees to give Byte Bridge prompt written notice of his or her acquisition or creation of any Proprietary Information. Employee further agrees as to all Proprietary Information to assist Byte Bridge in every proper way (but at Byte Bridge's expense) to obtain and from time to time enforce patents, copyrights, mask works, and other rights and protections relating to the inventions. Employee also agrees to execute all documents for use in applying for and obtaining such patents, copyrights, mask works and agrees that other rights and protections relating to Proprietary Information shall continue beyond the termination of employment, but Byte Bridge shall compensate Employee at a reasonable rate after such termination for time actually spent, at Byte Bridge's request, on such assistance. In the event that Byte Bridge is unable, after reasonable effort, to secure signatures on any documents needed to effect any assignment hereunder or to apply for or prosecute any patent, copyright, mask work, or other right or protection relating to an invention, whether because of physical or mental incapacity of Employee or for any other reason, Employee hereby irrevocably designates and appoints Byte Bridge and its duly authorized officers and agents as his or her agent and attorney-in-fact, to act for and in his or her behalf and stead, to execute, and file any such application or applications and to do all other lawfully permitted acts to further the prosecution and issuance of patents, copyrights, mask works, or similar protections thereon with the same legal force and effect as if executed by them.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**2.7 Return of Proprietary Information.** All Proprietary Information, including all written materials, records and documents, or other tangible materials made by Employee or materials that have come into his or her possession as a result of his or her employment with Byte Bridge concerning the business or affairs of Byte Bridge shall be the sole property of Byte Bridge ;upon the termination of his or her employment with Byte Bridge or upon the request of Byte Bridge Employee shall promptly deliver the same to Byte Bridge.

**2.8 Third-Party Information.** Employee acknowledges that Byte Bridge has and may, from time to time, receive from third parties their confidential or Proprietary Information which is subject to a duty on the part of Byte Bridge to maintain confidentiality of such information and to only use for limited purposes. Employee agrees that Employee owes Byte Bridge and such third parties, both during the duration of this Agreement and thereafter, a duty to hold such confidential or Proprietary Information in the strictest confidence and not to disclose it to any person, firm, or corporation, or to use it, except where necessary, in carrying out the services for Byte Bridge consistent with Byte Bridge's agreement with such third party.

**3. Client Defined.** The word “client,” for purposes of this Employment and confidentiality agreement, refers to direct or indirect clients, vendors, or companies included in the business transaction for which the Employee has been introduced as a result of the employment with Byte Bridge Employee agrees to the above terms as fair and in line with industry standards.

**4. Prior Inventions.** Employee understands that all inventions, if any, patented or unpatented, which Employee made prior to beginning employment with Byte Bridge are excluded from the scope of this Agreement. To preclude possible uncertainty, Employee shall set forth in Exhibit A, attached, a complete list of all prior inventions that Employee will bring to Byte Bridge .This includes the numbers of all patents and patent applications and a brief description of all unpatented inventions which are not the property of a previous employer. Employee represents that this list is complete disclosure, and that if no items are on the list, Employee has no such prior inventions. Employee agrees to notify Byte Bridge in writing before Employee makes any disclosure or performs any work on behalf of Byte Bridge, which has the potential to threaten or cause a conflict with proprietary rights which Employee claims in any invention or idea. Employee agrees that if in the course of performing services under this Agreement, Employee incorporates into Byte Bridge’s Proprietary Information or otherwise utilizes any invention, improvement, development, concept, discovery, or other Proprietary Information owned by Employee or in which Employee has an interest, Byte Bridge is hereby granted and shall have non-exclusive, royalty-free, perpetual, irrevocable, worldwide license to make, have made, modify, use, and sell such item as part of or in connection with such Proprietary Information.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**5. Conflicting Obligations:**

**5.1 Trade Secrets of Others:**

Employee represents that he or she has not brought, and will not bring with him or her to Byte Bridge, disclose to Byte Bridge, or through the performance of his or her responsibilities use, any devices, materials, or documents of a former employer or other party that are proprietary or not generally available to the public, unless he or she has obtained express written consent from such party for their possession or use. The only devices, materials, or documents of a former employer or other party that are proprietary or not generally available to the public that Employee will bring to Byte Bridge, if any, are identified in Exhibit A attached. As to each identified item, Employee represents that Employee has obtained written consent for their possession and use and has delivered a copy of such written authorization to Byte Bridge Employee hereby indemnifies and holds harmless Byte Bridge from all claims, damages, costs, expenses, fines, and fees (including reasonable attorney's fees) arising out of assertions by third parties of superior rights to any intellectual property brought to Byte Bridge and incorporated by Employee in any deliverable pursuant to this Agreement."

**5.2 Conflicting Confidentiality Agreements:** Employee agrees that during his or her employment, Employee will not breach any obligation of confidentiality Employee has to a former employer, client, or any other entity or individual. Employee represents that Employee's performance under the terms of this Agreement, as Employee to Byte Bridge does not and will not breach any agreement to keep in confidence Proprietary Information acquired by Employee in confidence or in trust. Employee has neither entered into, nor shall enter into, any agreement, either written or oral, in conflict herewith.

**6. Covenant Not to Compete and Not to Interfere:** Exhibit B attached hereto, is incorporated herein by reference.

**7. Covenant Not to Solicit:** Exhibit C attached hereto, is incorporated herein by reference.

**8. Covenant of Confidentiality:** Exhibit D attached hereto, is incorporated herein by reference.

**9. Notice:** Except as expressly provided otherwise, all notices, requests, or other communications required hereunder shall be in writing and shall be given in hand, national overnight courier services, or U.S. mail, certified or registered, postage prepaid, return receipt requested, addressed to the respective party at the applicable address set forth below, or to any party at such other addresses as shall be specified in writing by such party to the other parties in accordance with the terms and conditions of this Section. All notices, requests, or communications shall be deemed effective upon receipt.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**10. Equitable Remedies:** Employee specifically acknowledges that a violation of Section 2, 3, 4, 5, and statements 6, 7, or 8 of this Agreement could cause irreparable injury toByte Bridge and its business or property. Employee, therefore, agrees that in the event of his or her breach of any of the terms and conditions of Section 2, 3, 4, 5, and statements 6, 7, or 8 of this Agreement, Byte Bridge shall be entitled, if it so elects, to institute and prosecute proceedings in any court of competent jurisdiction in equity to enjoin him or her from further violation of such provisions. The remedies provided herein shall be cumulative and in addition to any and all other remedies which either party may have at law or in equity. Remedies at law to be sought in accordance with Section 11 and 12 below.

**11. Choice of Forum:** This Agreement shall be governed by, construed, and enforced in accordance with the laws of the state where Employee is domiciled and/or is providing services for Byte Bridge (regardless of that jurisdiction or any other jurisdiction's choice of law principles).

**12. Dispute Resolutions:**

**12.1 Arbitration:** In the event that any dispute or controversy arises out of, or relates to this Agreement, the dispute or controversy shall be settled by arbitration, to be held where Employee is domiciled and/or is providing services for Byte Bridge in accordance with the employment dispute resolution rules then in effect of the American Arbitration Association by a single arbitrator. The arbitrator may grant injunctions or other relief in such dispute or controversy. The decision of the arbitrator shall be final, conclusive, and binding on the parties to the arbitration. Judgment may be entered on the arbitrator's decision in any court having jurisdiction. Judgment may include the award of costs and fees. Employee understands that each party's consent to resolve disputes by arbitration, as opposed to the judicial system is consideration for the other party's promise. Employee further understands that he or she has been offered employment byByte Bridge in consideration of Employee's promises to arbitrate disputes.

**12.2 Waiver:** This arbitration clause constitutes a waiver of Employee's right to a jury trial and relates to the resolution of all disputes relating to all aspects of the employer/employee relationship (except as provided in Section 10 hereof), including, without limitation the following claims:

**12.2.1** any and all claims for wrongful discharge of employment, breach of contract, express or implied, breach of the covenant of good faith and fair dealing, negligent or intentional infliction of emotional distress, misrepresentation, interference with contract or prospective economic advantage, payment of wages, defamation and libel;

**12.2.2** any and all claims for violation of any federal, state, or municipal statute, including, without limitation Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, the Age

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, the Fair Labor Standards Act; or

**12.2.3** any and all claims arising out of any other laws and regulations relating to employment or employment discrimination.

**13. Notification of New Employer:** In the event that Employee leaves the employ of Byte Bridge Employee hereby consents to notify his or her new employer about his or her rights and obligations under this Agreement.

**14. Modifications; Assignment:** This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors, heirs, and permitted assignees. This Agreement may not be altered, modified, changed, or discharged except in writing signed by both the Parties.

**15. Validity:** If any one or more provisions (or any part thereof) of this Agreement shall be held invalid, illegal, or unenforceable in any respect, that provision shall be construed so as to most closely reflect the original intent of the parties, but still be enforceable, and the validity, legality, and enforceability of the remaining provisions (or any part thereof) shall not in any way be affected or impaired thereby.

**16. Changes in Employability:** Employee agrees that it is their sole responsibility to inform Byte Bridge should there be a change in their employability status, including, but not limited to, changes in immigration status. Byte Bridge will continue to employ Employee so long as the Employee is authorized by the United States Government to work. If there is a change in status, it is the responsibility of Employee to notify Byte Bridge of the status change in writing. Byte Bridge is not responsible to change status or do anything further if Employee is no longer employable.

**17. Waiver of Rights.** No waiver of any rights arising under this Agreement shall be effective unless in writing and signed by the party against whom the waiver is enforced. A delay or failure of either party to enforce at any time any provision of this Agreement does not constitute a waiver of such provision, or any other provision, of this Agreement. No waiver of, delay, or failure to enforce any provision of this Agreement shall in any way be considered a continuing waiver or be construed as a subsequent waiver of any such provision, or any other provision of this Agreement.

**18. Volitional Agreement Acknowledgement.** Employee acknowledges that he or she has had the opportunity to consult with the advisor of his or her choice and that he or she has freely and voluntarily entered into this Agreement.

**19. Injunctive Relief and Liability:** In addition to the above, Employee agrees that Byte Bridge shall be entitled to injunctive relief (both temporary and permanent) for any breach or proposed breach of this Agreement. In addition, the party who is found to have breached this Agreement

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

shall be liable for any damages, costs, and fees incurred by the other non-breaching party relating to such breach.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the day and year written below:

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
**Marvin Cunanan**
2/12/2025

Signed by:
Curtis Breville
E464553C792D41F...
**Curtis H Breville**
2/5/2025

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**EXHIBIT A**

Prior Inventions

THIS EXHIBIT A is made a part of and is subject to that certain Employment and Non-Compete Agreement ("Agreement") by and among Byte Bridge a California corporation, with a business address of 1502 Crocker Ave., Hayward CA 94544 hereinafter referred to as "Byte Bridge," and Curtis H Breville an individual with a mailing address of 13455 Kearney Street, Thornton CO 80602 ("Employee"), (collectively the "Parties").

Employee understands that their services have been contracted by Byte Bridge who has or may commit them to provide services to Byte Bridge and its clients.

1. The following is a complete list of all inventions or improvements, as referenced in the Agreement, that have been made or conceived or first reduced to practice by Employee, alone or jointly with others, prior to their engagement by Byte Bridge:

( ) No inventions or improvements.

( ) See below:

______________________________________________________________

( ) Additional sheets attached.

2. Employee proposes to bring to their employment (or consulting, if applicable) the following devices, materials, and documents of a former employer or other party that are proprietary or are not generally available to the public, which materials and documents may be used in their employment pursuant to the express written authorization of their former employer or other party (a copy of which is attached hereto):

( ) No materials.

( ) See below:

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
**Marvin Cunanan**
2/12/2025

Signed by:
Curtis Breville
E464553C792D41F...
**Curtis H Breville**
2/5/2025

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**EXHIBIT B**

**Covenant Not to Compete and Not to Interfere**

THIS EXHIBIT B is made a part of and is subject to the Employment and Confidentiality Agreement ("Agreement") by and among Byte Bridge a California incorporation, with a business address of 1502 Crocker Ave., Hayward CA 94544 hereinafter referred to as "Byte Bridge," and Curtis H Breville an individual with a mailing address of 13455 Kearney Street, Thornton CO 80602 ("Employee"), (collectively the "Parties").

Employee understands that they are employed by Byte Bridge who has or may commit them to provide services to Byte Bridge and its clients.

In consideration of employment and salary, and other good and valuable consideration, including the use on behalf of Byte Bridge or its client's facilities or materials, or of private or Proprietary Information owned by Byte Bridge, its suppliers, or client, Employee agrees to the following provisions:

**1. Ability to Provide Services:** Employee represents, warrants, and covenants that (1) he or she is not under any contractual or legal obligations with any entity, such as a restrictive covenant or non-competition agreement, that could interfere with the performance of Employee's services, and (2) all statements and information concerning Employee's experience, qualifications, skills, and availability, including, but not limited to, any resumes or references, provided by Employee are true and correct.

**2** Employee or anyone acting on his or her behalf, directly or indirectly, shall not provide or advise another of the opportunity to provide any services to a client introduced through Byte Bridge .The word "client" refers to direct or indirect clients, vendors, or companies included in the business transaction in which Employee has been introduced as a part of the employment with Byte Bridge

**3.** Employee or anyone acting on his or her behalf, directly or indirectly, cannot retain or solicit for himself or herself or for another party the services of any of Byte Bridge's clients, employees, or other contractors introduced through Byte Bridge For the purposes of the above paragraph, "introduced through Byte Bridge" means where a client, employee, or other sub-vendor came to the attention of Employee in any manner through Byte Bridge or is identified in any agreement with Byte Bridge, sub-vendor, or employee.

Employee, by way of signature, acknowledges the global presence of Byte Bridge and understands that Byte Bridge's contractual relations span many states and into various countries, thereby giving full force and effect to this covenant not to compete wherever Byte Bridge's clients, contractual relationships, or interests may lie.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**4. Forum Selection, Choice of Law, and Attorney Fees:** In the event of any dispute arising out of or related to this Exhibit B Covenant Not to Compete and Not to Interfere, the parties agree to resolve all disputes as provided in Paragraphs 10, 11, and 12 of the Agreement.

**5. Beneficiaries:** Employee understands that Byte Bridge and its client have (1) entered into a binding agreement in reliance on Employee's execution of this Exhibit B Covenant Not to Compete and Not to Interfere, and (2) would suffer damages if any of the representations set forth herein are inaccurate or if Employee fails to abide by any of the covenants set forth herein.

**6. Indemnification:** Employee agrees to indemnify and hold harmless Byte Bridge and its client, their owners, officers, directors, agents, and employees, from and against all liabilities and costs (including attorney's fees and court costs) attributable to any claim relating to or arising out of the services that Employee provides hereunder or a breach of any provision of this consent, brought by any other party, including private parties or governmental entities.

**7. Survival:** The above terms shall survive for six months ( 6months) termination, cancellation, or expiration of this Exhibit B Covenant Not to Compete and Not to Interfere and the work or assignments for which Employee was engaged.

IN WITNESS WHEREOF, the Parties have executed this Covenant Not to Compete and Not to Interfere as of the day and year written below:

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
**Marvin Cunanan**
2/12/2025

Signed by:
Curtis Breville
E464553C792D41F...
**Curtis H Breville**
2/5/2025

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**EXHIBIT C Covenant Not to Solicit**

**THIS EXHIBIT C** is made a part of and is subject to that certain Employment and Confidentiality Agreement ("Agreement") by and among Byte Bridge, a California corporation, with a business address of 1502 Crocker Ave., Hayward CA 94544 hereinafter referred to as "Byte Bridge," and Employee Curtis H Breville with a mailing address of 13455 Kearney Street, Thornton CO 80602 (collectively, the "Parties").Employee understands that they are employed by Byte Bridge, who has or may commit them to provide services to Byte Bridge and its clients. In consideration of salary and other good and valuable consideration, including the use on behalf of Byte Bridge or its client's facilities or materials, or of private or Proprietary Information owned by Byte Bridge Inc, its suppliers, or client, Employee agrees to the following provisions:

**1. Non-Solicitation and Outside Employment.** During the period that Employee is employed by Byte Bridge he or she agrees not to directly or indirectly solicit or offer any services to a client for which the employee will receive compensation or other financial benefits. Further, employee agrees that any outside employment must be communicated to Byte Bridge who reserves the right to restrict such employment during the employee’s tenure at Byte Bridge

Employee, by way of signature, acknowledges the global presence of Byte Bridge and understands that Byte Bridge's contractual relations span many states and into various countries, thereby giving full force and effect to this covenant not to solicit wherever Byte Bridge's clients, contractual relationships, or interests may lie.

**2. Forum Selection, Choice of Law, and Attorney Fees.** In the event of any dispute arising out of or related to this Exhibit C Covenant Not to Solicit, the Parties agree to resolve all disputes as provided in Paragraphs 10, 11, and 12 of the Agreement.

**3. Beneficiaries.** Employee understands that Byte Bridge and its clients have entered into a binding agreement in reliance on Employee's execution of this Exhibit C Covenant Not to Solicit and would suffer damages if any of the representations set forth herein are inaccurate, or if Employee fails to abide by any of the covenants set forth herein.

**4.Indemnification.** Employee agrees to indemnify and hold harmless Byte Bridge and its clients, their owners, officers, directors, agents, and employees, from and against all liabilities and costs (including attorney's fees and court costs) attributable to any claim relating to or arising out of the services that Employee provides hereunder or a breach of any provision of this consent, brought by any other party, including private parties or governmental entities.

**5. Survival.** The above terms shall survive upto 6 months of termination, cancellation, or expiration of this Exhibit C Covenant Not to Solicit and the work or assignments for which Employee was engaged.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

In Witness Whereof, the Parties have executed this Covenant Not to Solicit as of the day and year written below:

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
**Marvin Cunanan**
2/12/2025

Signed by:
Curtis Breville
E464553C792D41F...
**Curtis H Breville**
2/5/2025

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**EXHIBIT D**

**Covenant of Confidentiality**

**THIS EXHIBIT D** is made a part of and is subject to that certain Employment and Confidentiality Agreement ("Agreement") by and among Byte Bridge, a California corporation, with a business address of 1502 Crocker Ave., Hayward CA 94544hereinafter referred to as "Byte Bridge," and Curtis H Breville an individual with a mailing address of 13455 Kearney Street, Thornton CO 80602 (collectively, the "Parties").

Employee understands that they are employed by Byte Bridge, who has or may commit them to provide services to Byte Bridge and its clients. In consideration of salary and other good and valuable consideration, including the use on behalf of Byte Bridge or its client's facilities or materials, or of private or Proprietary Information owned by Byte Bridge Inc, its suppliers, or clients, Employee agrees to the following provisions:

1. **Confidential Information.** Employee agrees to keep in strictest confidence and agrees to refrain from, unless expressly authorized in writing by Byte Bridge or its client, to publish or disclose, whether orally or in writing, during and after the period of Employee's work or assignment, any confidential, private, or Proprietary Information of Byte Bridge, suppliers, or clients. This includes, but is not limited to, specifications, requirements, drawings, sketches, models, designs, methodologies, processes, know-how, research and development, samples, tools, computer programs, software, source code, trade secrets, product plans, projects, inventions, engineering information, hardware configuration information, technical information or data, financial information, business plans, other business information or data, client information or data, vendor information, market information, or marketing plans, whether written, oral, or otherwise. This applies to all information which Employee may acquire, learn, develop, or create by reason of such work or assignment (collectively "client confidential information"). Employee agrees to use client confidential information only in connection with Employee's performance of work or assignments for the client and agrees to refrain from using client confidential information for any other purpose.

2. **Disclosures.** Employee will not disclose client confidential information to any other employee of Byte Bridge unless such other employee has executed a confidentiality agreement similar to this Agreement and is working on the same project as Employee.

3. **Return of Information.** Upon request by the client, Employee shall return to the client all client confidential information received in tangible form or agree to destroy all such client confidential information and certify in writing to such destruction.

Byte Bridge Inc

1502 Crocker Ave

Hayward, CA 94544

bytebridge

**4. Non-Disclosure.** Employee will not disclose to the client, its suppliers, or any of its employees any information that is or may be proprietary or confidential to any third party, including but not limited to Employee's current or former employer or any of Employee's current or former employer's other clients unless Employee has the right to disclose such information and such information is relevant to Employee's work or assignment. Except for intellectual property assigned to the client under the Agreement, all other specifications, drawings, sketches, models, samples, tools, computer, or other apparatus programs, technical or business information or data, written, oral, or otherwise, furnished by Employee to the client under this Exhibit D Covenant of Confidentiality or in contemplation of the work or assignment to be performed by Employee shall not be considered confidential or proprietary.

**5. Forum Selection, Choice of Law, and Attorney Fees.** In the event of any dispute arising out of or related to this Exhibit D Covenant of Confidentiality, the Parties agree to resolve all disputes as provided in Paragraphs 10, 11, and 12 of the Agreement.

**6. Beneficiaries.** Employee understands that Byte Bridge and its clients have entered into a binding agreement in reliance on employee's

DocuSigned by:
Marvin Cunanan
738AB714964E4E0...
**Marvin Cunanan**
2/12/2025

Signed by:
Curtis Breville
E464553C792D41F...
**Curtis H Breville**
2/5/2025

# EXHIBIT B

**SEVERANCE AGREEMENT AND GENERAL RELEASE**

This Severance Agreement and General Release ("Agreement") is entered into between **Byte Bridge Inc.** ("Company") and **Curtis Breville** ("Employee").

**1. Separation of Employment**

Employee's employment with the Company will end effective **December 17, 2025** ("Separation Date").

**2. Severance Pay**

Subject to Employee's execution of this Agreement and compliance with its terms, the Company will continue to pay Employee their regular base compensation, less applicable withholdings, through **December 31, 2025**, in accordance with the Company's normal payroll practices.

This severance pay is provided in addition to all wages, compensation, and benefits to which Employee is otherwise entitled by law.

**3. Final Wages and Benefits**

Employee will receive all final wages, including any accrued and unused vacation pay, in accordance with Colorado law. Employee's participation in Company benefit plans will end in accordance with the applicable plan documents and legal requirements, including COBRA.

**4. Limited Non-Solicitation**

**(a) Employee Non-Solicitation**

For a period of twelve (12) months following the Separation Date, Employee agrees not to knowingly and directly solicit for employment any individual who is an employee of the Company at the time of such solicitation and with whom Employee worked or had material professional contact during the twelve (12) months immediately preceding the Separation Date.

This restriction does not prohibit general job advertisements not specifically targeted at Company employees, responses to unsolicited inquiries from Company employees, or the employment of any individual who independently seeks employment with Employee without solicitation.

**(b) Client and Customer Non-Solicitation**

For a period of twelve (12) months following the Separation Date, Employee agrees not to knowingly and directly solicit any client or customer of the Company with whom Employee had material business contact during the twelve (12) months immediately preceding the Separation Date for the purpose of providing competing services, where such solicitation would require or result from the use or disclosure of the Company's confidential or proprietary information.

**(c) No Non-Compete; Lawful Intent**

The parties expressly agree that this Section is not intended to be, and shall not be construed as, a non-competition agreement. Nothing in this Agreement restricts Employee from engaging in lawful employment or competition. This Section shall be interpreted and enforced only to the maximum extent permitted under applicable California and Colorado law.

**(d) Reformation**

If any portion of this Section is held unenforceable, a court of competent jurisdiction is authorized to modify the provision to the minimum extent necessary to render it enforceable while preserving the parties' original intent.

**5. Confidentiality of Company Information**

Employee agrees to continue to maintain the confidentiality of the Company's trade secrets and confidential or proprietary information, including but not limited to non-public business strategies, financial information, pricing, customer data, and internal operations.

Nothing in this Agreement prohibits Employee from reporting possible violations of law to any governmental agency, participating in a government investigation, making disclosures protected by whistleblower laws, or discussing wages, hours, or other terms and conditions of employment as protected by law.

**6. Confidentiality of Separation**

Employee agrees to keep confidential the nature and terms of Employee's separation and this Agreement, except to immediate family members, legal or tax advisors, or as required by law.

**7. Non-Disparagement**

Employee agrees not to make any false or knowingly misleading statements that would reasonably be expected to harm the reputation of the Company or its officers, directors, or employees. This provision does not prohibit truthful statements or legally protected communications.

**8. Release of Claims**

In exchange for the severance benefits described above, Employee knowingly and voluntarily releases and forever discharges the Company and its past, present, and future affiliates, officers, directors, employees, and agents from any and all claims, demands, or causes of action arising out of or relating to Employee's employment or separation, whether known or unknown, to the fullest extent permitted by law.

**9. California Civil Code Section 1542 Waiver**

Employee expressly waives the protections of California Civil Code section 1542, which provides:
"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release."

**10. Claims Not Waived**

This Agreement does not waive claims that cannot be waived as a matter of law, claims arising after execution of this Agreement, or rights to unemployment insurance or workers' compensation benefits.

**11. Voluntary Execution and Right to Revoke**

Employee acknowledges that Employee has been advised to consult with an attorney before signing this Agreement, has been given at least twenty-one (21) days to consider this Agreement, and may revoke this Agreement within seven (7) days after signing by providing written notice to the Company. This Agreement becomes effective on the eighth (8th) day after execution if not revoked.

**12. No Admission of Liability**

This Agreement does not constitute an admission of wrongdoing or liability by the Company.

**13. Governing Law and Venue**

This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to conflict-of-laws principles. Any action arising under this Agreement shall be brought in a court of competent jurisdiction in Colorado.

**14. Severability**

If any provision of this Agreement is held unenforceable, the remaining provisions shall remain in full force and effect.

**15. Entire Agreement**

This Agreement constitutes the entire agreement between the parties regarding Employee's separation and supersedes all prior agreements or understandings.

---

**EMPLOYEE ACKNOWLEDGMENT**

Employee Signature: Curtis Breville

Date: 12/20/2025

Company Representative: Marvin Cunanan

Date: 12/19/2025

# EXHIBIT C

bytebridge

# Blog




# ByteBridge Launches Industry's First Foundational

# Liquid Cooling Certification (FLCC) Program

May 15, 2025 · By ByteBridge

Global AI data center innovator ByteBridge has officially launched the industry's first Foundational Liquid Cooling Certification (FLCC) program, setting a new standard for education in data center innovation and thermal management.

As the first of its kind, the FLCC program provides foundational knowledge for professionals seeking to lead the next wave of AI and HPC-driven infrastructure transformation.

## Addressing the Urgent Need for Liquid Cooling Expertise

With the rapid acceleration of AI, high-performance computing (HPC), and data-intensive applications, traditional air-cooling methods are reaching their operational limits. Liquid cooling is no longer optional. It is becoming essential for modern, sustainable data centers.

Recognizing a critical gap in industry education, ByteBridge developed the FLCC program to equip professionals with the necessary understanding of liquid cooling technologies, system architectures, deployment strategies, and maintenance considerations. This certification helps participants navigate the opportunities and challenges of adopting liquid cooling as the next standard of data center design.

## Empowering Participants with Critical Knowledge

The vendor-neutral FLCC program covers key topics including types of liquid cooling, Direct-to-Chip, immersion, and hybrid cooling options, rear door heat exchangers, selection criteria,

and future trends. Participants will also benefit from a virtual walkthrough of real-world data center cooling systems.

“ByteBridge’s Foundational Liquid Cooling Certification establishes the essential knowledge base every stakeholder needs to engage in modern data center cooling,” says Dr. Curtis Breville, Global Head of Liquid Cooling – AI Data Centers at ByteBridge. “As AI and HPC workloads reshape the industry, understanding liquid cooling isn’t just a technical advantage — it’s a critical foundation for innovation, efficiency, and sustainable growth. This program empowers participants with the tools to lead their organizations into the next era of data center excellence.”

## Shaping the Future of Data Center Cooling

The ByteBridge Foundational Liquid Cooling Certification is now open for enrollment, with individual and group rates available.

As the global demand for AI infrastructure intensifies, ByteBridge remains committed to equipping the industry with the knowledge and tools needed to embrace next-generation technologies — bridging visions and shaping futures.

---

## Read more

ByteBridge Becomes DTEN’s APAC Direct Reseller: Enhancing Collaboration Solutions in the Region

ByteBridge Elevates IT Solutions Offering with Acquisition of SecureLake

Curtis Breville Joins ByteBridge to Drive AI Infrastructure & Advanced Cooling Solutions

*Cooling , Data Center , News*

‹ PREV

Always-On, Always There: Why Global Hardware & Tech 1 Support Is a Game-Changer for Your Business

NEXT ›

Global IT Solution Providers: Your Gateway to Doing Business in Southeast Asia

## Transform your tomorrow with ByteBridge, today.

Contact Us >

bytebridge

Solutions & Services

- Data Center
- IT Infrastructure
- Workplace
- Professional Services

Company

- About Us
- Blog
- Partners
- Careers

sales@bytebt.com

1502 Crocker Ave, Hayward, CA 94544

© Copyright 2025 ByteBridge. All rights reserved. | GDPR | Cookie

The Wayback Machine - https://web.archive.org/web/20250914152135/https://www.bytebt.com/foundational-l…

ByteBridge

nkedYoutubeFacebookTwitter

- Email: sales@bytebt.com

Contact Us

# Exciting News
# ByteBridge Elevates IT Solutions Offering with Acquisition of SecureLake →

Contact Us >

Contact Us >

# ByteBridge FLCC™ (Foundational Liquid Cooling Certification)

Master the Basics. Lead the Future of Data Center Cooling.

## Why Liquid Cooling?

As AI and HPC workloads intensify, liquid cooling is becoming the standard for high-efficiency, sustainable data centers. But where do you start? The FLCC™ program by ByteBridge gives you the knowledge and confidence to take the first step.

## What You'll Learn

Gain a strong foundation in the core concepts, technologies, and use cases for liquid cooling — from the history to the future.

## Course topics include:

- History of Liquid Cooling
- Modern Trends
- Types of Liquid Cooling
- Early Adopters
- Fundamentals
- Key Components
- Coolant Types
- LC Challenges
- D2C
- Different LC Goals
- Cold Plate Design
- Immersion Options

- Rear Door Heat Exchangers
- L2A vs L2L

- □ Hybrid Options
- □ Pros & Cons of Each
- □ Selection Criteria
- □ Steps from idea to value
- □ Tools & Software
- □ Ongoing Maintenance
- □ Future of Liquid Cooling
- □ Power Management
- □ Beyond “Foundational" Topics
- □ Data Center Virtual Walkthrough & Discussion

## What You’ll Earn

Participants who complete the course will be able to confidently discuss the pros and cons of different liquid cooling types, where they add value, and the benefits they bring to data centers. To earn the certification, participants must pass a final assessment with a score of 75% or higher. Successful graduates will receive a physical FLCC™ certificate and an official LinkedIn certification badge to showcase their achievement.

FLCC program

FLCC program

FLCC program

## Who This Is For

Data center professionals

IT architects and engineers

Project managers
□

Sustainability and facility leads

Anyone looking to understand the future of data center cooling

## Customer Feedback

## FLCC World Tour

We’re coming to your city! This is your chance to gain essential knowledge, hands-on skills, and industry validation in the rapidly growing field of liquid cooling.

**How to Sign Up**

Fill out the form below to get in touch with our team.

**Don’t see your city?**

Let us know your preferred location in the form — we might add it to our next stop!

FLCC World Tour SG

FLCC World Tour US

FLCC World Tour India

## About Our Speaker



**Curtis Breville**
Global Head of Liquid Cooling- Al Data Centers

Dr. Curtis Breville, Global Head of Liquid Cooling – AI Data Centers at ByteBridge, brings 34+ years of IT experience, with 25 of those specializing in data center infrastructure. An industry leader in liquid cooling, data storage, systems integration, and AI-ready environments, Curtis has held key roles at CoolIT Systems, AHEAD, and Dell Technologies, shaping cutting-edge solutions for high-performance computing and AI workloads. His expertise in direct-to-chip cooling and next-generation thermal management makes him a trusted voice in the evolution of data center efficiency and sustainability.

## Ready to Enroll?

# Transform your tomorrow with ByteBridge, today.

[Contact Us >]

bytebridge

[nkedIn YouTube Faceboo]

Solutions & Services

- Data Center
- IT Infrastructure
- Workplace
- Professional Services

Company

- About Us
- Blog
- Partners
- Careers

**sales@bytebt.com**

**1502 Crocker Ave, Hayward, CA 94544**

© Copyright 2025 ByteBridge. All rights reserved. | GDPR | Cookie

Sign in Create an Account

Username or email * Username

Password * Password

Login

Lost your password?

- Menu

- Solutions
  - Data Center
  - Workplace UC & Network
  - IT Infrastructure
  - Cloud
- Services
  - Global Services
    - Supply Chain Management
    - 5PL Services
    - 3PL Services
    - Global Delivery
  - Professional Services
    - Managed Deployment
  - Managed Services
- Partners
  - Android Device Testing Equipment
  - Anord Mardix
  - Neat

- Perle
- ServerLIFT
- Vast Data
- Zoom
- ZPE Systems
- All Partners
- Company
  - About Us
  - Careers

- Home
- 24×7 Global Hardware & Services Support
- 3PL Services
- 3rd U.S. Data Centers Summit – Construction, Energy & Advanced Cooling
- 5PL Services
- About Us
- AI Enabled Supply Chain Operations
- AI Solutions
- Android Device Testing Equipment
- Annexure to Cookie Policy
- Anord Mardix
- Arista
- AV Room in A Box
- AV room sweeps
- Blog
- ByteBridge & Lenovo UC Solution
- ByteBridge Foundational Liquid Cooling Certification (FLCC)
- ByteBridge Global Workforce Solutions
- Careers
- Cisco
- Cisco Live San Diego 2025
- Cloud
- Compute Solutions
- Connectivity Solutions
- Contact Us
- Customer Success
- CyberSecurity
- Data Center Design and Installation
- Data Center Electrical Fitout
- Data Center Electrical Solutions
- Data Center Operations
- Data Center Solutions
- Data Center Thermal Solutions
- Data Centre World Asia 2025
- DCN Riyadh 2025
- Dell
- DTEN
- EkkoSense
- Enterprise LAN
- Enterprise Network Cabling
- Enterprise WLAN
- Events
- FMS – Facilities Managed Services

- General Data Protection Regulation (GDPR) Compliance
- Gitex Asia
- Global Delivery
- Global Sourcing & Local Procurement
- GTC Happy Hour
- High-performance Computing (HPC) Networking
- HPE
- Internet Data Center
- IoT & Sensor Solutions
- IT Infrastructure
- Knowledge Center
- Legrand
- Lenovo
- Liquid Cooling Design and Implementation
- Liquid Cooling-as-a-Service
- Load Bank Rental Services
- Managed Deployment
- Neat
- Netskope
- Network & Security Solutions
- Network Automation
- Network Design & Installation
- Network Operations Center (NOC) Services
- Networking Solutions
- News
- Optical Networking
- Palo Alto
- Partner
- Perle
- Physical Infrastructure Solutions
- Physical Security Solutions
- Premium IT Services for GSI Clients
- Professional Audio Video Design & Installation Services
- Professional Services
- Rack and Roll
- SecureLake is now ByteBridge
- ServerLIFT
- Servertech
- Smart Buildings
- Smarthands & Breakfix
- SOC – Security Operations
- Software & Cloud Implementation Services
- Staff Augmentation
- Storage Solutions
- Supermicro
- Supply Chain Management
- Surveillance System
- Unified Communications Solutions
- Vast Data
- Vendor Inventory Management
- Workplace Solution
- Yotta 2025
- Zoom
- ZPE Systems

- ZPE End-of-Life Opportunities

Search … Search

Top

# EXHIBIT D

**From:** Curtis Breville <Curtis.breville@bytebt.com>
**Sent:** Tuesday, May 6, 2025 1:52
**To:** Holly Xiong <holly@bytebt.com>
**Subject:** FLCC Protection

Holly,

Any thoughts on trademarking FLCC so that nobody else can copy it and put out their own?

Curtis

**Curtis H. Breville, Dr. Mgt**

**FLCC PR draft**

Summarize

**Daphne Tai <daphne.tai@bytebt.com>**

Tuesday, May 13, 2025 at 9:12 PM

**To:** Curtis Breville; Holly Xiong

**Cc:** Marvin Cunanan

Hi Curtis,

Please see the FLCC program announcement PR draft here: FLCC PR.docx
Feel free to edit the content how you see fit or let me know if you have any suggestions.

Thank you!

Daphne

bytebridge

**Daphne Tai**
**Content Manager**

E: daphne.tai@bytebt.com
M: +86 15021615951
T: +86 400 8866 490
www.bytebt.com

# EXHIBIT E




EMPOWERING EFFICIENCY

# Next-Gen Solutions For Data Centers

Transforming data center operations with sustainable cooling technologies.

GET STARTED



THE FOUR PILLARS

# Comprehensive Services For Sustainable Data Centers

01.

## Sustainability

Helping organizations reduce their environmental impact through sustainable practices.

Read More

02.

## Risk Reduction

Helping organizations reduce their risk exposure through ethical risk reduction programs.

Read More

03.

## Advocacy

Serving as a trusted intermediary in vendor negotiations for our data center customers.

Read More

03.

## Education

Explore the Foundational Liquid Cooling Certification education program from IPE Solutions

Read More

FLCC CERTIFICATION

# Foundational Liquid Cooling Certification

Founded by the most recognized expert in liquid cooling, the FLCC is a must-have training for anybody involved (or considering being) with liquid cooling. Dr. Curtis Breville leaves no stone unturned as he covers the history, the specific technologies, and where each fit to make data centers as effective, efficient, sustainable, and risk free as possible.

READ MORE

## Ready To Transform Your Data Center?

Contact us to learn how we can help today.

GET STARTED

OUR PROJECTS

# Expertise In Innovative Data Center Designs And Solutions













WHY CHOOSE US

# Unique Value Proposition

### Expert Guidance

Benefit from the knowledge of the recognized authority in data center cooling.

### Sustainability Focus

We prioritize solutions that minimize carbon footprints and optimize resources.

### Client Advocacy

We ensure fair negotiations and the best vendor partnerships for your needs.

WHAT CLIENTS SAY

# Hear From Our Valued Clients And Partners

Dr. Breville completely transformed our data center strategy, making us so much more efficient (and sustainable!). His expertise is unmatched in the industry.

James Harding

Working with Curtis kept us from making costly mistakes we had no idea we were about to make.

Mark Johnson

Dr. Curtis' Foundational Liquid Cooling Certification was invaluable and he truly is the King of Cooling! He's SO passionate and knowledgeable!

Laura Smith

GET STARTED TODAY

# Join The Future Of Sustainable Data Centers

Contact us to learn how IPE Solutions can enhance your data center operations and sustainability practices.

GET STARTED

Copyright © 2026 IPE Solutions - WaaS by Lifted websites

IPE Solutions

WELCOME

# Leading The Future Of Sustainable Data Center Design

OUR MISSION

## Empowering Sustainable Growth Through Innovative Data Center Solutions



# IPE Solutions Breaks The Choice Between Power Or Water

Allowing data centers to reduce their PUE, carbon emissions, and dependency on local water reserves to reduce energy consumption, optimize operational efficiency, and enhance sustainability in their data centers

With a proven track record of collaboration, IPE Solutions has guided Fortune 100 companies and public sector clients through efficient liquid cooling solutions, resulting in reduced downtime and improved environmental impact, all while ensuring fair vendor negotiations and community-focused growth.

Our expertise has enabled clients to achieve remarkable energy savings and bolster their commitment to sustainability while navigating complex market challenges.

OUR ORIGINS

# The Evolution Of IPE Solutions: A Legacy Of Innovation

Born from the aftermath of the post-2022 AI data center explosion where 35-year data center leader and innovator, Dr. Curtis Breville, emerged as the AI data center industry's transformational leader in liquid cooling. IPE Solutions came to be to advocate for the data centers brand new to liquid cooling and a global environmental steward, educating and guiding Fortune 100, public-sector, and mid-sized colocation stakeholders towards efficient and eco-friendly solutions preparing them for future demand.



OUR PURPOSE

# Commitment To Sustainability And Advocacy






## Our Mission

IPE Solutions was founded on a simple truth: Heat is the enemy of a data center. Our S.E.A.R. framework—Sustainability, Education, Advocacy, and Risk Reduction—uses liquid cooling to confront that heat head-on, delivering efficient, resilient, and responsible infrastructure for the AI era. SEAR the heat, secure the future.

## Our Values

We believe that technology carries responsibility. The systems we help design, deploy, and influence affect not only data centers, but the people who build them, operate them, and live in the communities around them.

At IPE Solutions, we act as stewards of both the earth and its infrastructure. We advocate for solutions that protect natural resources, reduce unnecessary waste, and respect the finite nature of power and water. We prioritize the health, safety, and dignity of the people who work in and around these environments, recognizing that efficiency without care is not progress.

We believe our work has a direct and positive impact beyond the walls of a data center. Every decision that reduces heat, conserves energy, saves water, and lowers risk contributes to a healthier planet, stronger communities, and more resilient systems for future generations.

OUR STORY

# The Vision Behind IPE Solutions And Dr. Curtis Breville

Founded by Dr. Curtis Breville, IPE Solutions combines expertise and innovation in sustainable data center design, focusing on liquid cooling and responsible growth backed by over 20 years of experience.

IPE Solutions is dedicated to empowering data centers with sustainable, efficient design strategies and advocacy.

READ MORE



GET STARTED TODAY

# Join The Future Of Sustainable Data Centers

Contact us to learn how IPE Solutions can enhance your data center operations and sustainability practices.

GET STARTED

Copyright © 2026 IPE Solutions - WaaS by Lifted websites

IPE Solutions

IPE SOLUTIONS

# Foundational Liquid Cooling Certification™



IPE Solutions' Foundational Liquid Cooling Certification™ (FLCC) is the globally recognized standard for understanding, deploying, and operating liquid cooling in modern data centers. Designed for the realities of high-density compute and AI infrastructure, FLCC establishes a common, vendor-agnostic foundation that aligns engineers, operators, architects, and decision-makers around how liquid cooling actually works—technically, operationally, and at scale.

The program was developed by Dr. Curtis Breville, a widely recognized and respected authority in liquid cooling, drawing on decades of real-world experience across hyperscale, colocation, and enterprise environments. FLCC reflects practical lessons learned from system design, deployment, troubleshooting, and field operations. Rather than focusing on specific products, the certification emphasizes principles, tradeoffs, and risk awareness—preparing professionals to engage confidently and responsibly in liquid-cooling discussions at every level.

An FLCC-certified professional can be expected to clearly explain liquid-cooling architectures and components; evaluate cooling options against power, water, and risk constraints; identify common failure modes and mitigation strategies; and participate meaningfully in design reviews, vendor evaluations, and operational planning. Most importantly, FLCC equips individuals to make —and advocate for—more informed, responsible decisions that reduce risk, improve efficiency, and support long-term sustainability goals.

As liquid cooling becomes essential rather than optional, FLCC serves as a trusted starting point—ensuring organizations don't just adopt liquid cooling, but adopt it with confidence, clarity, and accountability.

An individual who holds the **Foundational Liquid Cooling Certification™ (FLCC)** can be expected to:

**Speak confidently and accurately** about liquid cooling architectures, components, and operating principles

**Differentiate cooling options** (air, hybrid, direct-to-chip, immersion) and explain where each succeeds—or fails

**Evaluate liquid cooling designs** in the context of power density, heat flux, PUE, WUE, and sustainability goals

**Identify common risks and failure modes** associated with liquid cooling systems and articulate mitigation strategies

**Participate meaningfully in design reviews**, vendor evaluations, and technical discussions without reliance on marketing claims

**Ask better questions** of OEMs, integrators, and AEC advisors—and recognize incomplete or misleading answers

**Advocate for more responsible decisions** that balance performance, reliability, efficiency, and environmental impact

**Reduce organizational risk** by applying a sound, vendor-agnostic understanding of how liquid cooling behaves at scale

## Starter Designation Badge:

**Liquid Cooling 101**: Learn the history of where liquid cooling came from along with where we are today, the trends, technologies, and differences between the types of liquid cooling.

**Immersion 200**: Get the overview of the fantastic benefits Immersion cooling brings and learn the differences between the coolant phases, immersion strengths & thermal limitations.

**Direct Liquid Cooling 200**: Get educated on everything direct liquid cooling with insights on everything it takes including passive cold plate loops, coolant, CDUs, and fluid networks.

## Associate Designation Badge:

(Must Have Starter Designation Badge)

**Hybrid Cooling Options 300**: Liquid cooling isn't always black & white and learning the benefits of mixed cooling types and alternatives to the standards arms you with options that just might be right for you.

**Power Usage Effectiveness 300**: Understand how liquid cooling is critical to driving overall data center efficiency and what it takes to reach that 1.0 pinnacle of data center efficiency.

# Professional Certification:

(Must Have Associate Designation Badge)

**Choosing the Right Liquid Cooling 400**: Now that you have the understanding, it is time to learn how to put it into practice to choose the right liquid cooling solution for your environment.

**Service & Support 400**: Liquid cooling is more than the pieces & parts. Problems occur in every environment. Knowing the type of maintenance and best practices to follow are critical as is troubleshooting.




First Name

Last Name

Business Name

Email

Location

Number of team members you are looking to have trained

Preference:

Training module you are seeking:

How they heard about the Foundational Liquid Cooling Certification:

- [ ] LinkedIn
- [ ] Colleague
- [ ] Search Engine
- [ ] Other

Verifying...
CLOUDFLARE
Privacy • Help

REQUEST FLCC INFORMATION

Copyright © 2026 IPE Solutions - WaaS by Lifted websites

FLCC™ by IPE Solutions

# Improving your liquid cooling knowledge in 7 courses

FLCC-certified professionals can be expected to clearly explain liquid-cooling architectures and components; evaluate cooling options against power, water, and risk constraints; identify common failure modes and mitigation strategies; and participate meaningfully in design reviews, vendor evaluations, and operational planning. Most importantly, FLCC equips individuals to make—and advocate for—more informed, responsible decisions that reduce risk, improve efficiency, and support long-term sustainability goals.

**Start Learning**

**Discover Our Courses**

Top Content | People | Learning | Jobs | Games | Get the app






## Curtis Breville, Dr.Mgt

Denver Metropolitan Area · Contact Info

4K followers · 500+ connections

See your mutual connections

Join to view profile

Message

IPE Solutions

University of Phoenix

## About

Deep passion, amazing drive, charisma, & exceptional positivity are what I bring each and... see more

## Services

IT Consulting | Public Speaking | Strategic Planning | Business Consulting

Request proposal

## Activity

4K followers

Posts | Comments | Reactions

Curtis Breville, Dr.Mgt
1w

cation is the cheapest form of
uction

ing Liquid Cooling begins ...more

Curtis Breville, Dr.Mgt
2w

If you are going to be attending next week, let's plan on having a conversation and not leave it to chance that we will run into one another ...more

Curtis Breville, Dr.Mgt
2w

My soul cup runneth over!

Thank you, Xiaoyu! This is the r

Xiaoyu Liu, EIT
2w

I recently completed Liquid Cooling 101 through IPE Solu




IPE Solutions




3

FLCC program, and it tu:




15 · 1 Comment

See all activities

## Experience & Education

IPE Solutions

### View Curtis's full experience

See their title, tenure and more.

Sign in

or

By clicking Continue to join or sign in, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

Continue with Google

## Licenses & Certifications

**Certified Member (CM)**
American Mensa
Issued Mar 2022
Credential ID 100133374
See credential

**InsideOut Performance Coach**
InsideOut Development
Issued Mar 2016

## Volunteer Experience

**Denver & Phoenix Women's Leadership Speakers Panel**
EMC
Jan 2011 - Present · 15 years 8 months
Social Services

With a team of female leaders both inside and outside of EMC, we speak to female high school students to inspire them to go to college as well as to college students to help them learn how to succeed in their careers and prepare them for the unique challenges of being a woman in the business world.

**Volunteer**
Rose Brooks Center Inc.

Aug 1992 - Aug 1996 · 4 years 1 month

Children
First male allowed to volunteer in KC's largest domestic violence shelter. Helped teach life skills to the women, answered phones, and escorted women to and from court. Started a specific volunteer program geared towards working with and helping the children inside the shelter.

**Youth Soccer Coach**
Soccer Coach

Apr 2004 - Present · 22 years 5 months

Children
I have coached youth girls soccer for 11-years, from the U5-U10 age group. My unique style of coaching builds the players love for the game as well as develops them from the young recreation level to competing at the highest level of their age range, preparing them to excel & succeed at the older competitive levels.

## Publications

**4 CIO Magazine Articles in 2019**
CIO · Sep 2019
Big Data / AI articles covering best practices for Chief Information Officers.

See publication

**They Saved Their No. 1 Fan**
People Magazine · December 14, 2009
Helped to get a mentally challenged man I grew up with off of the streets after learning he was homeless.

See publication

**1st Petabyte Data Warehouse**
Storagetek · March 20, 2002
Using ASM (Sun SAM-FS) along with StorageTek's 9840 Tape drives in a Powderhorn library, I was able to spread an Oracle database over both disk & tape, allowing for over a Petabyte of data to be stored and accessed.

## Honors & Awards

**Silver Award**
EMC Corporation
Mar 2015
Effectively providing specific Oracle information for EMC's XtremIO all-flash array to the key database management team at a large customer.

## Languages

**German**
Limited working proficiency

## Recommendations received

**Terri Wallman**
"Dr. Curtis Breville represents innovative thinking and thought leadership at its finest. He is both inspirational and strategic with deep insight and expertise; providing sound technical leadership in all aspects of business. Dr. Breville is a renowned and award-winning speaker with outstanding communication and dynamic presentation skills. His energy and passion combined with his innate ability to connect IT to business flawlessly is what truly sets him apart from the field. Curtis also devotes time to inspire and mentor young Tech Professionals to help them get started on their career paths. We worked together on several programs and speaking engagements supporting students and new graduates seeking to gain a foothold in the business of IT. He is a natural speaker, is easy to understand, and businesses as well as professionals benefit from his expertise."

**Robert Johnson**
"Dr. Curtis Breville is an outstanding team player!!! Dr. Curtis Breville not only led the team in revenue contribution, but his customer focused, can do attitude is a great combination that allows him the flexibility to take on any challenge. Dr. Curtis Breville is a very motivated self starter with both business and technology depth. During the time we worked together many new challenges and opportunities would appear, and no matter how far outside the definition of his role, Dr. Curtis Breville rose to the challenge and delivered results that exceeded expectations."

9 people have recommended Curtis

Join now to view

## View Curtis' full profile

See who you know in common

Get introduced

Contact Curtis directly

Join to view full profile

## Other similar profiles



**Ken Smallwood**
Zerto
6K followers
San Diego Metropolitan Area

View Profile



**Rich Pleasants**
MidAtlantic Industries
13K followers
Greater Charlottesville Area

View Profile



David Kwock
Ping Identity
5K followers
Irvine, CA

View Profile



John Ahrends
Atos
29K followers
New York City Metropolitan Area

View Profile



Marc Hamilton
NVIDIA
4K followers
San Francisco Bay Area

View Profile



Steve Harris
IonQ
10K followers
Mays Chapel, MD

View Profile



Aditya Chugh Amar
Dell
9K followers
Santa Clara, CA

View Profile



Jen Newman, FSMPS, CPSM
Elevate Advisors
7K followers
Yulee, FL

View Profile



David J.
HoofArmor, LLC
9K followers
Bechtelsville, PA

View Profile



Scott Fast
IBM
5K followers
Raleigh-Durham-Chapel Hill Area

View Profile

## Explore more posts

Tim Davis
Aspen Logic, Inc. • 2K followers
Filed under: AI Is Totally Worth It 😳 I was waiting, with fingers crossed, for an #FPGA build, the last in a long li…
3



John Phillips
TD SYNNEX • 3K followers



🚀 Federal Buying Season is officially underway—and we launched it in full for…



Mitch Young
Plative • 2K followers

If your Excel pricing spreadsheet is so complex it requires a laptop upgrade just…
6

IATION
MATH +
NITIATI

### Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

View top content

## Add new skills with these courses




**Migrate VMware Virtual Machines to AWS: Agent-Based and Agentless Strategies**




**Using Snowflake with Tableau**




**Microsoft Azure Solutions Architect Expert (AZ-305) Cert Prep by Microsoft Press**

See all courses

© 2026
About
Accessibility
User Agreement
Privacy Policy
Your California Privacy Choices
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language

Top Content People Learning Jobs Games Get the app

# Curtis Breville, Dr.Mgt's Post



**Curtis Breville, Dr.Mgt**
1w · Edited

💡 Education is the cheapest form of risk reduction

De-risking Liquid Cooling begins here...

https://lnkd.in/gjsKAGPH




**FLCC - IPE Solutions**
https://ipe-solutions.com

8

Like Comment Share

To view or add a comment, sign in



4,075 followers

448 Posts

View Profile

+ Follow

## Explore content categories

Career
Productivity
Finance
Soft Skills & Emotional Intelligence
Project Management
Education

Show more

LinkedIn © 2026

About
Accessibility
User Agreement
Privacy Policy
Your California Privacy Choices
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language

Top Content People Learning Jobs Games Get the app

# Curtis Breville, Dr.Mgt's Post



**Curtis Breville, Dr.Mgt**
2w

My soul cup runneth over!

Thank you, Xiaoyu! This is the result I aimed for.



**Xiaoyu Liu, EIT**
2w

I recently completed Liquid Cooling 101 through IPE Solutions' FLCC program, and it turned out to be a more thoughtful experience than I expected.

The course can be completed in a single day, but I went through it twice and replayed several chapters; there was real depth worth reinforcing, especially in the quiz questions. As someone who worked in data centers for several years in overseas markets and is now getting reacquainted with this fast-moving US market, I found it an excellent refresher and a great way to relearn the local market language and concepts.

What I appreciated most were the opening chapters on the history of liquid cooling. They may not be the most "functional" part of the curriculum, but they were meaningful, from the IBM System 360 to Cray's immersion "waterfall machine," to how air cooling won out by being "good enough and cheap," all the way to AI pushing power density back to where Cray was decades ago.

As someone constantly curious about where things come from, this gave me the root of liquid cooling and a sense of where it's heading. Just like data centers themselves, it didn't appear out of nowhere; it's a natural product of decades of industry evolution. That historical grounding gave context to every technical detail that followed, and meaning to the work we do today.

Recommended for anyone looking to build a solid foundation in liquid cooling.

Thank you Curtis Breville, Dr.Mgt and IPE Solutions. Looking forward to the rest of the FLCC catalogue.

#DataCenters #LiquidCooling #ThermalManagement #MEP




15 · 1 Comment

Like Comment Share

**Andrew Potter** 2w

CONGRATULATIONS to both!!

Like · Reply | 1 Reaction

To view or add a comment, sign in



4,076 followers

448 Posts

View Profile

+ Follow

## Explore content categories

Career
Productivity
Finance
Soft Skills & Emotional Intelligence
Project Management
Education

Show more

LinkedIn © 2026

About
Accessibility
User Agreement
Privacy Policy
Your California Privacy Choices
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language

Top Content People Learning Jobs Games Get the app

# IPE Solutions

IT Services and IT Consulting

Transforming data center operations with sustainable cooling technologies.

Follow



View 1 employee

## About us

The home of Dr. Curtis Breville, IPE Solutions was founded on a simple truth: Heat is the enemy of a data center. Our S.E.A.R. framework (Sustainability, Education, Advocacy, and Risk Reduction) uses liquid cooling to confront that heat head-on.

| | |
|---|---|
| **Website** | https://ipe-solutions.com/ |
| **Industry** | IT Services and IT Consulting |
| **Company size** | 2-10 employees |
| **Type** | Privately Held |

**Founded** 2026

**Specialties**

Liquid Cooling, Education, Sustainability, and Customer Advocacy

## Employees at IPE Solutions



**Curtis Breville, Dr.Mgt**

See all employees

## Updates

**IPE Solutions** reposted this

**IPE Solutions**
83 followers
4mo

...

Every industry event I attend teaches me something new.

🔦 More importantly… it shines a light on where help & clarity is actually needed.

And right now, what I'm seeing is this:

❌ Customers don't need more sales pitches.
❌ They don't need another product being pushed at them.
💡 They are smart enough to know one size does NOT fit all.

What they need is someone who can help them navigate:
• Increasing thermal limits
• Mixed workloads sitting side by side
• Existing infrastructure that can't just be ripped out
• An ROI
• A clear, realistic path forward

I'm heading to Data Center World 2026 in Washington, D.C. to:

👉 Meet customers where they are
👉 Understand their challenges
👉 Help lead them out of the muck of uncertainty

If that's the kind of conversation you're looking for, let's get on each other's calendars. Send me a message with your email, I'll send a calendar invite and I'll make sure we meet.

#datacenterworld #datacenter #liquidcooling #sustainability #riskreduction #datacenters #efficientcooling #thermalmanagement #datacenterefficiency #PUE #WUE #datacenterinfrastructure




2

Like Comment Share

IPE Solutions
83 followers
4mo

Every industry event I attend teaches me something new.

🔦 More importantly... it shines a light on where help & clarity is actually needed.

And right now, what I'm seeing is this:

❌ Customers don't need more sales pitches.
❌ They don't need another product being pushed at them.
💡 They are smart enough to know one size does NOT fit all.

What they need is someone who can help them navigate:
• Increasing thermal limits
• Mixed workloads sitting side by side
• Existing infrastructure that can't just be ripped out
• An ROI
• A clear, realistic path forward

I'm heading to Data Center World 2026 in Washington, D.C. to:
👉 Meet customers where they are
👉 Understand their challenges
👉 Help lead them out of the muck of uncertainty

If that's the kind of conversation you're looking for, let's get on each other's calendars. Send me a message with your email, I'll send a calendar invite and I'll make sure we meet.

#datacenterworld #datacenter #liquidcooling #sustainability #riskreduction #datacenters #efficientcooling #thermalmanagement #datacenterefficiency #PUE #WUE #datacenterinfrastructure




2

Like Comment Share

IPE Solutions
83 followers
6mo

Wherever there is a data center PUE over its goal
Wherever data center pros cry out "My god it is hot!"
Wherever sustainability hangs in the balance

I will be there.




7

Like Comment Share

## Join now to see what you are missing

- Find people you know at IPE Solutions
- Browse recommended jobs for you
- View all updates, news, and articles

Join now

## Similar pages

**ByteBridge**
IT Services and IT Consulting

Hayward, California

UNIVERSAL DEMOLISHING & RECYCLING INC
Lufkin, Texas

ADO Labs
IT Services and IT Consulting
Austin, TX

59 LLC
Technology, Information and Internet

Show more similar pages

LinkedIn © 2026

About
Accessibility
User Agreement
Privacy Policy
Your California Privacy Choices
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language