JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff,
BYTE BRIDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTE BRIDGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company, dba IPE SOLUTIONS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Fed. R. Evid. 201)** |

Pursuant to Federal Rule of Evidence 201, Plaintiff Byte Bridge, Inc. ("Plaintiff") respectfully requests the Court take judicial notice of the following United States Patent and Trademark Office ("USPTO") trademark applications and representations made within those public records by Defendant Curtis H. Breville ("Defendant").

The Court may take judicial notice of facts that are "not subject to reasonable dispute because [they] (1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Materials in the online files of the USPTO and other matters of public record are proper subjects of judicial notice." *Motul S.A. v. USA Wholesale Lubricant, Inc.*, 686 F.Supp.3d 900, 909 (N.D. Cal. 2023) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6

(9th Cir. 2006)).

**Request for Judicial Notice**

1. "Foundational Liquid Cooling Certification" — USPTO trademark application serial #99626029, filed on January 30, 2026 on an intent-to-use basis with Defendant as listed owner. Attached as **Exhibit A** is a true and correct copy of the Trademark Status & Document Retrieval ("TSDR") online record for this application, as accessed on August 15, 2026 at: https://tsdr.uspto.gov/#caseNumber=99626029&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

2. "Liquid Cooling Certification" — USPTO trademark application serial #99627391, filed on February 1, 2026 on an in-use basis, with April 27, 2025 listed as the date of first use in commerce. Attached as **Exhibit B** is a true and correct copy of the TSDR online record for this application, as accessed on August 15, 2026 at: https://tsdr.uspto.gov/#caseNumber=99627391&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

3. "FLCC" — USPTO trademark application serial #99652700, filed on February 13, 2026 on an in-use basis, with April 28, 2025 listed as the date of first use in commerce. Attached as **Exhibit C** is a true and correct copy of the TSDR online record for this application, as accessed on August 15, 2026 at https://tsdr.uspto.gov/#caseNumber=99652700&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

Dated: August 19, 2026

DONAHUE FITZGERALD LLP
Attorneys at Law

By: /s/ Chancellor W. Tseng
John C. Kirke
Chancellor W. Tseng
Attorneys for Plaintiff,
BYTE BRIDGE, INC.

**[PROPOSED] ORDER**

Having considered Plaintiff's Request for Judicial Notice as part of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, the Court finds that the matters are appropriate subjects of judicial notice under Federal Rule of Evidence 201. Accordingly, the request is GRANTED and the Court takes judicial notice of **Exhibits A–C** and Defendant Curtis H. Breville's representations made within those exhibits, including his listed dates of first use in commerce of April 27 and April 28, 2025.

DATED: August ___, 2026

______________________________

HONORABLE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2026-08-15 10:54:36 EDT

**Mark:** FOUNDATIONAL LIQUID COOLING CERTIFICATION

Foundational Liquid
Cooling Certification

**US Serial Number:** 99626029

**Application Filing Date:** Jan. 30, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 11, 2026

# Mark Information

**Mark Literal Elements:** FOUNDATIONAL LIQUID COOLING CERTIFICATION

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Acquired Distinctiveness Claim:** In whole

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Business training; IT training services; Teaching and training in business, industry and information technology; Training services in the field of Educational services, namely providing training, instruction, certification programs, online courses, live virtual courses, and in-person instruction in the field of liquid cooling, data center thermal management, and cooling infrastructure.

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Curtis H Breville

**Owner Address:** 13455 Kearney St
Thornton, COLORADO UNITED STATES 80602

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Curtis H Breville
13455 Kearney St
Thornton, COLORADO United States 80602

**Phone:** 1-(720) 919-0706

**Correspondent e-mail:** chbreville@comcast.net veronica@ipe-solutions.com curtis@ipe-solutions.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 11, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2026 | NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2026 | NON-FINAL ACTION WRITTEN | |
| May 29, 2026 | ASSIGNED TO EXAMINER | 20026 |
| May 28, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 30, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 30, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** **Law Office Assigned:** LAW OFFICE 134

**File Location**

**Current Location:** TMO LAW OFFICE 134 **Date in Location:** Jun. 11, 2026

# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2026-08-15 10:53:01 EDT

**Mark:** LIQUID COOLING CERTIFICATION

Liquid Cooling
Certification

**US Serial Number:** 99627391

**Application Filing Date:** Feb. 01, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 11, 2026

# Mark Information

**Mark Literal Elements:** LIQUID COOLING CERTIFICATION

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Acquired Distinctiveness Claim:** In whole

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Business training; Business training consultancy services; Computer education training services; Training services in the field of business know-how; Advisory services in the field of data center liquid cooling and thermal management training; Providing training for certification in the field of data center liquid cooling and thermal management; Training in the use of data center liquid cooling and thermal management technologies; Vocational skills training in the field of data center liquid cooling and thermal management; Educational services, namely, providing training of engineers, managers, sales professionals, students, and instructors for certification in the field of data center liquid cooling and thermal management; Training in the use and operation of data center liquid cooling and thermal management and consultation relating thereto; Educational services, namely, teacher training in the field of data center liquid cooling and thermal management provided on a real-time basis during classroom instruction; Education services, namely, providing career re-training online and in-person in the fields of data center liquid cooling and thermal management; Providing training in the field of data center liquid cooling training and thermal management; Consulting services in the field of data center liquid cooling and thermal management training

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Apr. 27, 2025

**Use in Commerce:** Apr. 27, 2025

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Curtis H Breville

**Owner Address:** 13455 Kearney St
Thornton, COLORADO UNITED STATES 80602-9246

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Curtis H Breville
13455 Kearney St
Thornton, COLORADO United States 80602-9246

**Phone:** 1-(720) 919-0706

**Correspondent e-mail:** chbreville@comcast.net vlbreville@ipe-solutions.com curtis@ipe-solutions.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 11, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2026 | NON-FINAL ACTION E-MAILED | |
| Jun. 11, 2026 | NON-FINAL ACTION WRITTEN | |
| May 29, 2026 | ASSIGNED TO EXAMINER | 20026 |
| Feb. 01, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 01, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 01, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**

**Law Office Assigned:** LAW OFFICE 134

**File Location**

**Current Location:** TMO LAW OFFICE 134 **Date in Location:** Jun. 11, 2026

# EXHIBIT C

**Generated on:** This page was generated by TSDR on 2026-08-15 10:52:08 EDT

**Mark:** FLCC

FLCC

**US Serial Number:** 99652700

**Application Filing Date:** Feb. 13, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Aug. 04, 2026

**Publication Date:** Aug. 04, 2026

## Mark Information

**Mark Literal Elements:** FLCC

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Business training; Business training consultancy services; Computer education training services; Teaching and training in business, industry and information technology; Consultancy relating to arranging and conducting of training workshops; Providing training in the field of data center liquid cooling; Providing training for certification in the field of data center liquid cooling

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Apr. 28, 2025

**Use in Commerce:** Apr. 28, 2025

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Curtis H Breville

**Owner Address:** 13455 Kearney Street
Thornton, COLORADO UNITED STATES 80602

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Curtis H Breville
13455 Kearney Street
Thornton, COLORADO United States 80602

**Phone:** 1-(720) 919-0706

**Correspondent e-mail:** chbreville@comcast.net veronica@ipe-solutions.com curtis@ipe-solutions.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 04, 2026 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 04, 2026 | PUBLISHED FOR OPPOSITION | |
| Jul. 29, 2026 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 06, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 01, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 01, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 01, 2026 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 01, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 01, 2026 | NON-FINAL ACTION E-MAILED | |
| Jul. 01, 2026 | NON-FINAL ACTION WRITTEN | |
| Jun. 16, 2026 | ASSIGNED TO EXAMINER | 94491 |
| Jun. 15, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 13, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 13, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** **Law Office Assigned:** LAW OFFICE 128

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Jul. 14, 2026