AO 120 (Rev. 08/10) (CAND version 7/18)

| | |
|---|---|
| **Do not mail; see e-filing instructions at bottom of page.**<br>TO: **~~Mail Stop 8~~**<br>**~~Director of the U.S. Patent and Trademark Office~~**<br>**~~P.O. Box 1450~~**<br>**~~Alexandria, VA 22313-1450~~** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following ...

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 4:26-cv-08627 | 8/19/2026 | Northern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Byte Bridge, Inc. | Curtis H. Breville and C.H. Breville Enterprises, LLC dba IPE Solutions |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 common law rights | 5/15/2025 | Byte Bridge, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Mark B. Busby | | |

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**

Save As New PDF Reset Form