AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| BYTE BRIDGE, INC., a Nevada corporation, | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 3:26-cv-08627-WHO |
| CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company dba IPE SOLUTIONS; and DOES 1-10, inclusive, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C.H. Breville Enterprises LLC d/b/a IPE Solutions
13455 Kearney Street
Brighton, Colorado 80602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John C. Kirke
Chancellor W. Tseng
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612
Tel.: (510) 451-3300
Email: jkirke@donahue.com; ctseng@donahue.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 8/20/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

BYTE BRIDGE, INC., a Nevada corporation,

*Plaintiff(s)*

v.

CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company dba IPE SOLUTIONS; and DOES 1-10, inclusive

*Defendant(s)*

Civil Action No. 3:26-cv-08627-WHO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Curtis H. Breville
13455 Kearney Street
Brighton, Colorado 80602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John C. Kirke
Chancellor W. Tseng
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612
Tel.: (510) 451-3300
Email: jkirke@donahue.com; ctseng@donahue.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 8/20/2026

*Signature of Clerk or Deputy Clerk*