UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYTE BRIDGE, INC.,
Plaintiff,

v.

BREVILLE H. CURTIS, et al.,
Defendants.

Case No. 26-cv-08627-WHO

**ORDER ON EX-PARTE MOTION FOR TEMPORARY RELIEF; SETTING SCHEDULING HEARING**

Re: Dkt. No. 6

Plaintiff Byte Bridge, Inc. ("Byte Bridge") moves for emergency injunctive relief against defendants Breville H. Curtis and C.H. Breville Enterprises, LLC (together, "defendants") to enjoin them from alleged misappropriation of Byte Bridge's trade secrets. Dkt. No. 6. Having reviewed the papers submitted by Byte Bridge, I conclude that broad emergency relief is not warranted ex parte and that these issues are more appropriately resolved at the preliminary injunction stage. I do, however, agree with Byte Bridge that an evidence preservation order is appropriate given the particular circumstances of this matter. Accordingly, I order as follows:

1. The ex-parte motion for a temporary restraining order is DENIED.
2. Defendants shall retain and preserve all emails, files, records, or other documents relating to this action and the alleged misappropriated information (including, but not limited, all plaintiff's trade secrets and confidential and proprietary information), and is prohibited from destroying or modifying any such evidence.
3. The parties shall appear on **August 24, 2026 at 2 p.m.** via Zoom videoconference for a scheduling hearing on the preliminary injunction.
4. Byte Bridge shall promptly serve this order on defendants through the methods used to serve defendants with the motion for temporary restraining order and the prior cease and

United States District Court
Northern District of California

desist letters.

**IT IS SO ORDERED.**

Dated: August 20, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California