**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 24, 2026 | **Time:** 12 minutes<br>2:00 p.m. to 2:12 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-08627-WHO | **Case Name:** Byte Bridge, Inc. v. Curtis | |

**Attorneys for Plaintiff:** John Christopher Kirk and Chancellor Tseng

**Defendant:** Dr. Curtis Breville, pro se, appearing for limited purpose

**Deputy Clerk:** Jean Davis **Court Reporter:** Layli Phillips

**PROCEEDINGS**

Scheduling Conference conducted regarding preliminary injunction schedule conducted via videoconference. The defendant has not been formally served and has not obtained counsel. Dr. Curtis Breville appears in his personal capacity alone (not on behalf of his company) for the limited purpose of requesting continuance to address the restraining order and obtain counsel.

Plaintiff counsel heard as to the potential for immediate harm.

A schedule that provides time for perfection of service and an opportunity for defendants to obtain counsel is adopted as indicated below. The Motion for Temporary Restraining Order is construed as a Motion for Preliminary Injunction.

**Briefing Schedule for Motion for Preliminary Injuction Order:**
**Opposition:** **9/16/2026**
**Reply:** **9/30/2026**
**Hearing:** **10/14/2026 at 2:00 p.m. via videoconference**