Charles Griffith Towle (CA SBN 146401)
gtowle@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
Tel.: (415) 956-1900

Thomas G. Pasternak (*pro hac vice*)
tpasternak@taftlaw.com
Benjamin S. Morrell (*pro hac vice*)
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Attorneys for Defendants Curtis H. Breville and Breville Enterprises LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BYTE BRIDGE, INC., a Nevada corporation,

Plaintiff,

v.

CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company, dba IPE SOLUTIONS; and DOES 1-10, inclusive,

Defendants.

Case No. 3:26-cv-08627-WHO

**DEFENDANT C.H. BREVILLE ENTERPRISES LLC d/b/a IPE SOLUTIONS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil Local Rule 3-15, Defendant C.H. Breville Enterprises LLC, doing business as IPE Solutions, hereby submits this Corporate Disclosure Statement. Undersigned counsel of record certifies that C.H. Breville Enterprises LLC, doing business as IPE Solutions, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. C.H. Breville Enterprises LLC is a privately-held limited liability company organized under the laws of the State of Colorado. C.H. Breville Enterprises LLC is wholly owned by Curtis H. Breville.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: September 15, 2026

By: */ s/ Charles Griffith Towle*

Charles Griffith Towle (CA SBN 146401)
gtowle@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
Tel.: (415) 956-1900

Thomas G. Pasternak (*pro hac vice*)
tpasternak@taftlaw.com
Benjamin S. Morrell (*pro hac vice*)
bmorrell@taftlaw.com
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Attorneys for Defendants Curtis H. Breville and Breville Enterprises LLC*

**CERTIFICATE OF SERVICE**

I, Charles Griffith Towle, pursuant to 28 U.S.C. § 1746, declare as follows:

On the date listed below, Defendants served filed ECF-stamped copies of the foregoing document on the following counsel of record via email:

JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Date: September 15, 2026

*<u>/s/ Charles Griffith Towle</u>*