Docusign Envelope ID: F7C61D00-556C-8040-8309-318D105D25F7


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYTE BRIDGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company, dba IPE SOLUTIONS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-08627-WHO<br><br>**DECLARATION OF CURTIS H. BREVILLE** |

In accordance with 28 U.S.C. § 1746, I, Curtis H. Breville, declare and state as follows:

1. I am over the age of 18 and am a Defendant in this action. I make this declaration based on my personal knowledge and, if called as a witness, I would testify competently to the matters set forth herein.

2. I reside in the Denver, Colorado area.

3. Since March 2020, I am the founder and CEO of C.H. Breville Enterprises LLC, doing business as IPE Solutions since January 2026.

4. I have a Bachelor of Science degree in Computer Information Systems, a Master of Science degree in Management, and a Doctorate of Management in Organizational Leadership.

5. I have over 35 years of experience in the information technology industry, with approximately 25 of those years focused on data center infrastructure and liquid cooling.

6. I have held positions at several technology companies, including Dell Technologies. I am recognized in the data center industry as a specialist in liquid cooling and am regularly invited to speak on that subject at industry events.

7. **Exhibit 1**, attached hereto, is a PDF of my LinkedIn profile that includes information regarding my qualifications and experience.

8. In 2024, I was employed by CoolIT Systems as a key account manager and sales representative. During that period, I developed ideas about how a liquid cooling business could grow. My view was that a company could differentiate itself in the market by becoming the industry's "alma mater" for liquid cooling. I conceived and began building that concept while still employed at CoolIT, including developing a training and certification program.

9. Byte Bridge, Inc. is an IT reseller and integrator. I first met and spoke with individuals from Byte Bridge in the fall of 2024, as Byte Bridge was interested in entering the liquid cooling space. Specifically, I met with members of Byte Bridge's leadership, including Todd Rycheky (Vice President of Sales), at the Open Compute Project Summit in October 2024 in San Jose, California, who introduced me afterwards to Marvin Cunanan (one of Byte Bridge's co-founders).

10. In the weeks that followed, I discussed with Mr. Cunanan my idea for a structured liquid cooling certification framework I had already begun developing while at CoolIT Systems.

11. I worked for Byte Bridge from February 3, 2025, through December 17, 2025, first as Global Pre-Sales Engineering Manager – Systems and Cooling and then as Vice President of Data Center Cooling Programs and GTM.

12. My job duties included identifying partners, developing services, promoting the Byte Bridge brand, supporting sales teams on liquid cooling related calls, and presenting at conferences.

13. While employed by Byte Bridge, I built out Byte Bridge's liquid cooling offerings. I brought with me to Byte Bridge the training program I had created while at CoolIT.

14. I understand that Byte Bridge contends the Foundational Liquid Cooling Certification ("FLCC") presentation materials are its trade secrets.

15. The Byte Bridge FLCC presentation was a PowerPoint deck of approximately 75 slides (the "FLCC Handout"). A copy of the FLCC Handout is attached hereto as **Exhibit 2**.

16. The FLCC Handout's subject matter consists of general, publicly available liquid cooling information, including [redacted].

17. The FLCC Handout identifies third-party manufacturers and hyperscalers by name—[redacted]—as well as early adopters such as [redacted]. The FLCC Handout also cites publicly reported figures, publicly available NVIDIA GB200 specifications, and industry market data.

18. None of this information originated with Byte Bridge. It is available from public sources including Wikipedia, manufacturer and OEM websites, the American Society of Heating, Refrigerating and Air-Conditioning Engineers ("ASHRAE"), and the trade press.

19. Examples of the hundreds of publicly available websites that discuss this material,

include: Wikipedia entries on liquid cooling, Cray, and immersion cooling; the CoolIT Systems "Understanding Liquid Cooling" resource page; the Vertiv liquid cooling page; Motivair's website; Eaton's liquid cold plates catalog; the September 2025 ASHRAE Journal article on liquid cooling cold plates; and additional websites explaining basic concepts like how liquid cooling systems work and their advantages (datacenters.com; superliq.com; lorithermal.com; and comfonomics.com).

20. Attached hereto as **Exhibit 3** is a comparison of the FLCC Handout slides with publicly available information. The following is a non-exhaustive list of examples of specific information contained in the FLCC Handout that appear on these public websites:

a. Page 5, Slide 2: [redacted]

b. Page 5, Slide 3: [redacted]

c. Page 6, Slide 1: [redacted]

d. Page 6, Slide 3 and Page 10, Slide 2: [redacted]

e. Page 8, Slide 1: [redacted]

f. Page 24, Slide 1: [redacted]

21. I did not create anything new at Byte Bridge with respect to liquid cooling materials. Everything in the FLCC Handout reflects what I knew about liquid cooling long before I ever started working at Byte Bridge.

22. Byte Bridge's marketing department created a PDF handout of the FLCC Handout. It was formatted with three slides per page and lined space next to each slide for attendees to take notes. Byte Bridge printed copies of the FLCC Handout at a public retail location.

23. I did not put many words on most of these slides. Much of what the attendees learned came from what I presented orally during the lecture.

24. Byte Bridge widely distributed the FLCC Handout, freely handing out copies to every person who attended the FLCC class held by Byte Bridge.

25. While employed at Byte Bridge, I taught nine FLCC classes: Three in Dubai, one in Abu Dhabi, one in Austria, two in Singapore, one in California, and one in St. Louis, Missouri. The Dubai classes took place on April 28 and 29, and May 1, 2025; Abu Dhabi on April 30, 2025; California on May 28, 2025; Austria on June 12, 2025; Singapore on October 6 and 7, 2025, and St. Louis on November 17, 2025. The handout attached as Exhibit 2 is dated November 15, 2025.

26. The attendees of these FLCC classes were employees of other companies from around the world—including Siemens and Equinix—as well as independent mechanical engineers and data center operators. Attendees came from many different companies.

27. Byte Bridge itself promoted the FLCC program publicly. On May 15, 2025, Byte Bridge published a blog post announcing the launch of the program and launched a public FLCC webpage: https://www.bytebt.com/bytebridge-launches-foundational-liquid-cooling-certification/. A copy of this webpage is attached hereto as **Exhibit 4**.

28. That webpage contains a link to https://www.bytebt.com/foundational-liquid-

cooling-certification/. A copy of this webpage is attached hereto as **Exhibit 5**.

29. These public webpages listed the full course topic list: history of liquid cooling, modern trends, types of liquid cooling, early adopters, fundamentals, key components, coolant types, liquid cooling challenges, direct-to-chip cooling, cold plate design, immersion options, rear door heat exchangers, liquid-to-air versus liquid-to-liquid cooling, hybrid options, pros and cons, selection criteria, steps from idea to value, tools and software, ongoing maintenance, future of liquid cooling, power management, and a data center virtual walkthrough. The webpage also promoted an "FLCC World Tour" and invited the public to enroll. My name, biography, and photograph appeared on that public webpage.

30. **Exhibit 6** shows an answer to a frequently asked question describing the FLCC World Tour:

> The World Tour brings FLCC sessions to key cities worldwide (e.g., **Singapore, Bay Area, India**). It allows regional teams and partners to attend in person, network, and gain insights into liquid cooling adoption in their local market.
>
> We also love to host offline trainings tailored to customer needs. If you'd like us to bring the FLCC program to your city, please let us know — we'd be happy to discuss hosting a session for your team.

31. During the October 6–7, 2025 FLCC class in Singapore, Byte Bridge posted about the class on its public LinkedIn account, including photos of me and the attendees. A true and accurate copy of that post and the included photos is attached hereto as **Exhibit 7**. The post may be viewed at https://www.linkedin.com/posts/bytebridge-technology_flcc-bytebridgeflcc-activity-7381038738912509952-CMWS/.

32. Some, but not all, of the slides in the FLCC Handout contain a "Proprietary and Confidential" marking in the bottom right corner. However, Byte Bridge did not act consistent with that designation in its use of the FLCC Handout.

33. I was not asked to obtain, and I did not obtain, any non-disclosure agreement, confidentiality agreement, or use restriction from any attendee. I did not instruct attendees to keep the handout or the presentation confidential. To my knowledge, no other person acting on behalf of Byte Bridge did so either.

34. Attendees kept the FLCC Handouts; no one collected the FLCC Handouts at the end of the class. To my knowledge, Byte Bridge imposed no restriction on what attendees could do with the handouts they received.

35. Marvin Cunanan told me that Byte Bridge did not want to be an educational institution and intended to use the training as a sales tool to get companies to hire Byte Bridge and to grow the business in other areas. As my background is in training and education, I did not agree with that approach.

36. My employment was terminated by Byte Bridge at the end of 2025.

37. In January 2026, I registered the trade name "IPE Solutions" as an entity under C. H. Breville Enterprises, LLC. IPE Solutions is a consulting company that offers, among other things, Certified Liquid Cooling Training focused on understanding, deploying, and operating liquid cooling in modern data centers.

38. There is a fundamental difference in kind between the training and certification solutions offered by IPE Solutions and the trainings I gave as an employee of Byte Bridge. What I did at Byte Bridge was show up and deliver a half-day lecture from a PowerPoint deck. My current program is a more immersive, specialized, self-paced offering. Some of the historical information is the same in both, because that history is publicly available.

39. The program that I currently offer on liquid cooling is an online, self-paced video course. It is taught by an animated cartoon character named "LC" who walks the learner through

the material.

40. My program uses a university-style numbered course structure: FLCC is the umbrella, under which Liquid Cooling 101, Immersion 200, Direct Liquid Cooling 200, Hybrid Cooling Options 300, Power Usage Effectiveness 300, Choosing the Right Liquid Cooling 400, and Service & Support 400 are separate classes with tiered Starter, Associate, and Professional designations. I created none of that structure for Byte Bridge; there was no such class structure at Byte Bridge.

41. I look forward to showing the Court the current program by demonstration at the scheduled hearing on Byte Bridge's motion for a preliminary injunction.

42. **Exhibit 8** shows a webpage on IPE Solutions' website that explains the Certified Liquid Cooling Training and certification process.

43. Since leaving Byte Bridge, I have not solicited any Byte Bridge clients, customers, or employees.

44. I do not compete for Byte Bridge's reselling and integration business.

45. My business and customers arise from my reputation. I am known in the liquid cooling field and people contact me. For example, an individual who attended the FLCC class in St. Louis in November 2025 approached me at an industry conference on May 15, 2026 and asked me questions. He reached out to me; I did not reach out to him.

46. I do not tell anyone to not work with Byte Bridge or otherwise discourage people from working with Byte Bridge.

47. Rather, I have spoken publicly and positively about Byte Bridge since my departure. I sat on a panel at an AFCOM industry networking event in Northern California on March 12, 2026, and told the audience that anyone looking for liquid cooling services should contact Byte

Bridge. Three members of Byte Bridge's sales team were in the audience.

48. I have sent emails and text messages for Byte Bridge business development purposes from which I had no financial benefit to gain, because I wished to help an end user who reached out for a solution.

49. Byte Bridge has continued to do business in my orbit. Byte Bridge approached my current client to see if they could subcontract services I helped them develop on a project.

50. After I left Byte Bridge, Byte Bridge advertised an engineer with a general data center background as their liquid cooling lead. To my understanding, that person has very little, if any, liquid cooling experience.

51. On February 16, 2026, I sent an email to Marvin Cunanan and Alisha Tominaga of Byte Bridge titled "Alignment on FLCC™ Branding and Usage." In that email, I disclosed my trademark filings for Foundational Liquid Cooling Certification, Liquid Cooling Certification, and FLCC. I explained my position regarding ownership, described my desire to maintain quality standards associated with the certification program, and proposed licensing and collaboration opportunities. I also stated my intention to continue recommending Byte Bridge as a qualified provider of liquid cooling products and services.

52. A true and accurate copy of that February 16, 2026 email is attached hereto as **Exhibit 9**.

53. I received no substantive response to my February 16, 2026 email from Byte Bridge.

54. Exhibit A to the Declaration of Chancellor W. Tseng filed by Byte Bridge in this case at ECF No. 6-3 in support of its motion for a temporary restraining order contains true and accurate copies of the demand letters I received from Byte Bridge June 1 and 18, 2026, and emails

I sent to Byte Bridge's counsel in response on June 2 and 22—except that Byte Bridge's filing does not include the copy of the February 16, 2026 email discussed above that I sent to Byte Bridge's counsel as an attachment to my June 22 email.

55. I received no further contact from Byte Bridge after sending my June 22 email responding to Byte Bridge's June 18 letter.

56. I filed three trademark applications with the United States Patent and Trademark Office ("USPTO") in my own name: "Foundational Liquid Cooling Certification" (Serial No. 99626029, filed January 30, 2026, intent-to-use basis); "Liquid Cooling Certification" (Serial No. 99627391, filed February 1, 2026, first use in commerce April 27, 2025); and "FLCC" (Serial No. 99652700, filed February 13, 2026, first use in commerce April 28, 2025).

57. I disclosed my trademark filings to Byte Bridge in my February 16, 2026 email, months before Byte Bridge's first demand letter.

58. When I resigned from Byte Bridge, I returned the laptop Byte Bridge had issued to me.

59. I do not possess Byte Bridge emails, documents, customer lists, pricing information, or business plans.

60. I do not possess any Byte Bridge information to return other than a PDF copy of the FLCC Handout. I am willing to return or destroy that PDF.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 16, 2026

Signed by:

/s/ Curtis Breville

71AB3ADE5EFB423...

Curtis H. Breville