# Exhibit 1

Contact

www.linkedin.com/in/cbreville (LinkedIn)

Top Skills

Customer Advocacy
Education
Sustainability Consulting

Languages

German (Limited Working)

Certifications

Certified Member (CM)
InsideOut Performance Coach

Honors-Awards

Silver Award

Publications

They Saved Their No. 1 Fan
1st Petabyte Data Warehouse
4 CIO Magazine Articles in 2019

# Curtis Breville, Dr.Mgt

Liquid Cooling & Sustainability | Educator | Builder of Global Cooling Practice | Advisor to Hyperscale, Neocloud & Colo Providers | Global Presenter | Inventor

Denver Metropolitan Area

## Summary

Deep passion, amazing drive, charisma, & exceptional positivity are what I bring each and every day. With a career spanning 35+ years, multiple degrees, and involvement in every piece of the business spanning manufacturing, supply chain, marketing, sales, partnerships, and executive decision making, those who know me know I am committed to driving record revenues while lifting up everyone around me.

## Experience

### IPE Solutions

Founder / CEO
January 2026 - Present (9 months)
Denver, CO

Sustainability - Our sustainability consulting services guide data center leaders in minimizing power and water consumption while maximizing operational efficiency and aligning with green initiatives.

Education - Through our Foundational Liquid Cooling Certification, we provide comprehensive training for engineers, fostering industry expertise and promoting sustainable data center practices globally.

Advocacy - IPE Solutions protects operators from misleading offers, ensures fair negotiations, and connects clients with the right vendors for tailored liquid cooling solutions.

Risk Reduction - Helping organizations effectively reduce their risk exposure by implementing comprehensive and ethical risk reduction programs that are tailored to meet their unique needs and challenges.

### ByteBridge

1 year

### Vice President, Data Center Cooling Solutions & GTM
October 2025 - January 2026 (4 months)
Global

As VP of Data Center Cooling Solutions & GTM for the world's leading liquid cooling solution provider, I lead ByteBridge's global strategy, partnerships, and solution innovation in the rapidly growing AI data center cooling sector.

### Global Head of Liquid Cooling - AI Data Centers
February 2025 - October 2025 (9 months)

• Lead a global pre-sales engineering team to provide personalized technology solutions for data centers, ensuring clients meet aggressive goals.
• Develop and implement best practices in systems & cooling to optimize performance and efficiency.
• Collaborate with cross-functional teams to deliver customized solutions tailored to each client's unique needs.

## CoolIT Systems
### Key Account Manager - Hyperscaler, CSP, Colocation
May 2024 - December 2024 (8 months)

As the global leader in data center cooling solutions, CoolIT Systems drives AI innovation with must-have cutting-edge liquid cooling technology,

## SynFiny Advisors
### Executive IT Advisor
April 2023 - May 2024 (1 year 2 months)
Denver, Colorado, United States

SynFiny was established in 2014 by former executives bring decades of peer-level experience to market. As a veteran IT advisor, I helped members of the C-Suite understand the value of technology trends and breakdown the steps needed from digital solutions to move their organizations forward.

Subject Matter Expert areas:
1. Digital Transformation
2. FinOps & Cloud Strategy
3. Operational IT Efficiency (Technology, People, & Processes)
4. Data Management
5. Advanced Analytics / AI
6. Business Culture Improvement | DEI Measurement
7. Organizational Leadership

AHEAD
Field CTO
June 2022 - February 2023 (9 months)
Chicago, Illinois, United States

As the lead technical strategist for the West I built trust with the key decision makers while sharing the value propositions AHEAD offered.

* Expanded opportunity to bid in large account from $250K to $25M.
* Collaborated in leadership meetings to discuss account penetration strategies.
* Built and fostered strong relationships with top account teams.
* Developed and strengthened numerous partner relationships.

Dell EMC
Principal AI Engineer / CTO Field Ambassador
July 2010 - June 2022 (12 years)
Greater Denver Area

* Expanded Dell's footprint by over $700M as a pre-sales subject matter expert.
* Led an international team of specialists that developed edge & IoT go-to-market messaging while CTO Field Ambassador.
* Established and repaired relationships in Fortune 50 accounts.

Certifications: Proven Professional IT-as-a-Service Cloud Architect Expert (EMCCAe), TigerGraph Principals Certification, Certified Performance Coach

Breville Consulting, llc
Business Consultant
August 2018 - February 2021 (2 years 7 months)
Thornton, Colorado, United States

Supported venture capital / private equity firms by applying proprietary business practice measurements to their investment businesses to support subsequent series funding rounds & IPO decisions.

Focused on culture, sales practices, hiring choices, organizational structure, growth, harassment, diversity, & inclusion.

Developed improvement plans in targeted areas.

Crossroads Systems

Sales Manager
June 2009 - March 2010 (10 months)
Austin, Texas Metropolitan Area

* #1 Account Manager by revenue, closing 3/4th of all US business in first 7-months.
* Opened new markets outside of the US & Europe.
* Presented as Crossroad's "Storage Evangelist" at conferences and media events.

Enterprise Management Associates
Sr. Storage Industry Analyst
December 2008 - May 2009 (6 months)
Boulder, Colorado, United States

* Strategized with Vendor's to develop their products and marketing messaging.
* Produced product and industry documents.
* Conducted market analysis for data storage arena.

Hi-Stor Technologies
National Sales Manager - US
October 2007 - December 2008 (1 year 3 months)
Toulouse, Occitanie, France

* Closed reseller contract with global technology giant.
* Expanded flagship product footprint across the United States.

Breville Seminars
Founder / Speaker
January 2000 - May 2008 (8 years 5 months)
Shawnee, Kansas, United States

* Presented to over 100,000 attendees.
* Developed and executive personalized programs for K-12 schools over topics around goal achievement and anti-bullying.

Imation
Data Protection Solutions Manager
August 2005 - October 2007 (2 years 3 months)
Shawnee, Kansas, United States

* Top Sales Rep as measured by signed customer contracts.
* Expanded sales of new software product around the country as an additional responsibility to my sales role.

StorageTek
Sr. Systems Engineer
1999 - 2004 (5 years)
Overland Park, Kansas, United States

* Exceeded team quota 4 years in a row, winning StorageTek Chairman's Award for total attainment against quota.
* Helped negotiate "default vendor" position at dedicated telecom customer for data storage, beating out HDS and EMC.
* Won StorageTek Award of Excellence for highest revenue generating account.

Deloitte
Sr. Consultant
March 1997 - September 1998 (1 year 7 months)
Leawood, Kansas, United States

Certified Oracle Trainer.
Oracle Apps & DBA Consultant.

## Education

University of Phoenix
Doctorate of Management, Organizational Leadership

Baker University
M.S., Management

DeVry Institute of Technology
B.S., Computer Information Systems