# Exhibit 2

Provisionally Filed Under Seal