# Exhibit
# 3

## Comparison of FLCC Handout Slides with Publicly Available Information

<table>
<tr><th>Slide</th><th>Slide Information</th><th>Public Source</th></tr>
<tr><td>Page 5, Slide 2</td><td>[redacted]</td><td>https://www.vertiv.com/en-us/solutions/learn-about/liquid-cooling-options-for-data-centers/#/tab-heat-rejection<ul><li>Unlike air cooling, liquid cooling affects the numerator (total data center power) and the denominator (IT equipment power) in the PUE calculation . . . .</li></ul>https://en.wikipedia.org/wiki/Immersion_cooling<ul><li>Power use at data centers is often measured in terms of power usage effectiveness (PUE).</li><li>The PUE for air-cooled data centers includes the power used by the fans and other active cooling components found in the servers.</li></ul>https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion<ul><li>Liquid and immersion cooling reduce energy usage, enable lower PUE scores (often below 1.2), and open opportunities for waste heat reuse in district heating and agriculture.</li><li>Liquid cooling can achieve PUE levels below 1.2, outperforming air-cooled data centers, which average 1.4–1.6.</li></ul>https://www.nlyte.com/blog/data-center-energy-efficiency-pue-dcie/<ul><li>Ideal PUE is 1.0</li></ul></td></tr>
<tr><td>Page 5, Slide 3</td><td>[redacted]</td><td>https://www.nlyte.com/blog/data-center-energy-efficiency-pue-dcie/<ul><li>DCiE is the percentage of total power consumed by IT equipment.</li><li>DCiE is the inverse of PUE</li><li>Includes exact chart:</li></ul><table><tr><th>PUE</th><th>DCiE</th><th>Efficiency</th></tr><tr><td>3.0</td><td>33%</td><td>Very inefficient</td></tr><tr><td>2.5</td><td>40%</td><td>Inefficient</td></tr><tr><td>2.0</td><td>50%</td><td>Average</td></tr><tr><td>1.5</td><td>67%</td><td>Efficient</td></tr><tr><td>1.2</td><td>83%</td><td>Very efficient</td></tr></table></td></tr>
</table>

**Comparison of FLCC Handout Slides with Publicly Available Information**

| | | |
|---|---|---|
| Page 6, Slide 1 | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] | https://www.datacenters.com/news/why-liquid-cooling-is-becoming-the-new-standard-in-hyperscale-facilities<br>• Air systems rely heavily on fans and chillers, which consume significant energy. Liquid cooling is inherently more thermally efficient, reducing the need for energy-intensive HVAC systems and achieving lower Power Usage Effectiveness (PUE) values.<br>• Air-cooled data centers generate considerable noise from server fans and air handling units. Liquid cooling reduces or eliminates the need for these fans, creating quieter environments and improving working conditions in the data hall.<br>• Because air cooling depends on hot and cold aisle containment and requires spacing between racks, it consumes more floor space. Liquid cooling enables denser hardware configurations, optimizing space utilization and lowering real estate costs per kilowatt.<br>• Liquid cooling supports sustainability goals, including lowering carbon footprints.<br>https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion<br>• Enterprises are under pressure to meet ESG and carbon-neutral targets. . . . Liquid and immersion cooling reduce energy usage, enable lower PUE scores (often below 1.2), and open opportunities for waste heat reuse in district heating and agriculture.<br>• Liquid cooling can achieve PUE levels below 1.2, outperforming air-cooled data centers, which average 1.4–1.6. For enterprises reporting ESG metrics, this efficiency is a key differentiator.<br>*Slide itself includes a source<br>• www.nature.com/articles/s41586-025-08832-3 |

**Comparison of FLCC Handout Slides with Publicly Available Information**

| | | |
|---|---|---|
| Page 6, Slide 3 | [redacted]<br>[redacted]<br>[redacted] | Lists these as the three types of liquid cooling<br>• https://www.vertiv.com/en-us/solutions/learn-about/liquid-cooling-options-for-data-centers/#/tab-balancing-capacity<br>Explains this difference between single-phase and two-phase<br>• https://en.wikipedia.org/wiki/Immersion_cooling<br>  ○ Single-phase immersion circulates the dielectric liquid, which takes the heat, flows to a cooler part where it transfers the heat to the cooler then moves back the cooled liquid to the electronics. A single-phase fluid does not boil or undergo a phase change at any time during the cooling process.<br>  ○ Two-phase immersion uses a dielectric liquid with low boiling temperature (typically fluorocarbons), which boils and the hot gas rises to a cooling plate, where the gas transfers its heat to the cooler and gets transferred back to the electronics as liquid again.[3] This method transfers heat more effectively than single-phase systems.<br>• https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion<br>• https://www.coolitsystems.com/resources/understanding-liquid-cooling/<br>  ○ Refrigerants are typically used in two-phase cooling, where heat is removed by boiling the liquid into vapor rather than simply warming it, as in single-phase systems. |
| Page 8, Slide 1 | [redacted] | Advantages of immersion cooling:<br>• https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion<br>Noise reduction:<br>• https://en.wikipedia.org/wiki/Liquid_cooling<br>• https://en.wikipedia.org/wiki/Immersion_cooling<br>Complexity of liquid cooling requires specialized skills and proactive maintenance:<br>• https://www.datacenters.com/news/why-liquid-cooling-is-becoming-the-new-standard-in-hyperscale-facilities |

**Comparison of FLCC Handout Slides with Publicly Available Information**

| | | |
|---|---|---|
| | [redacted] | PUE reduction:<br>• https://en.wikipedia.org/wiki/Immersion_cooling<br>• https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion |
| Page 10, Slide 2 | [redacted] | • https://en.wikipedia.org/wiki/Immersion_cooling<br>• https://www.datacenters.com/news/cooling-the-future-how-colocation-sites-are-adapting-for-liquid-and-immersion<br>• https://www.coolitsystems.com/resources/understanding-liquid-cooling/ |
| Page 14, Slide 2 | [redacted] | https://www.eaton.com/us/en-us/catalog/thermal-management-solutions/liquid-cold-plates.html#overview<br>• Cold plate cooling works by placing a thermally conductive plate directly against a heat-generating component. Coolant, typically deionized water or a water-glycol mix, is pumped through internal channels or passages within the plate.<br>https://www.ashrae.org/technical-resources/ashrae-journal/featured-articles/september-2025-liquid-cooling-cold-plates<br>• The cold plate is generally constructed of a metal plate with fins and channels to facilitate the removal of heat from a computer's high heat density processors to a cooling liquid, typically pumped and forced through the channels where they absorb the heat. |
| Page 24, Slide 1 | [redacted] | https://en.wikipedia.org/wiki/Computational_fluid_dynamics<br>• Computational fluid dynamics (CFD) is a branch of fluid mechanics that uses numerical analysis and data structures to analyze and solve problems that involve flows.<br>• CFD is applied to a range of research and engineering problems in multiple fields of study and industries, including . . . fluid flows and heat transfer[.] |