# Exhibit 4

bytebridge

# Blog




# ByteBridge Launches Industry's First Foundational

# Liquid Cooling Certification (FLCC) Program

May 15, 2025 · By ByteBridge

Global AI data center innovator ByteBridge has officially launched the industry's first Foundational Liquid Cooling Certification (FLCC) program, setting a new standard for education in data center innovation and thermal management.

As the first of its kind, the FLCC program provides foundational knowledge for professionals seeking to lead the next wave of AI and HPC-driven infrastructure transformation.

## Addressing the Urgent Need for Liquid Cooling Expertise

With the rapid acceleration of AI, high-performance computing (HPC), and data-intensive applications, traditional air-cooling methods are reaching their operational limits. Liquid cooling is no longer optional. It is becoming essential for modern, sustainable data centers.

Recognizing a critical gap in industry education, ByteBridge developed the FLCC program to equip professionals with the necessary understanding of liquid cooling technologies, system architectures, deployment strategies, and maintenance considerations. This certification helps participants navigate the opportunities and challenges of adopting liquid cooling as the next standard of data center design.

## Empowering Participants with Critical Knowledge

The vendor-neutral FLCC program covers key topics including types of liquid cooling, Direct-to-Chip, immersion, and hybrid cooling options, rear door heat exchangers, selection criteria,

and future trends. Participants will also benefit from a virtual walkthrough of real-world data center cooling systems.

"ByteBridge's Foundational Liquid Cooling Certification establishes the essential knowledge base every stakeholder needs to engage in modern data center cooling," says Dr. Curtis Breville, Global Head of Liquid Cooling – AI Data Centers at ByteBridge. "As AI and HPC workloads reshape the industry, understanding liquid cooling isn't just a technical advantage — it's a critical foundation for innovation, efficiency, and sustainable growth. This program empowers participants with the tools to lead their organizations into the next era of data center excellence."

## Shaping the Future of Data Center Cooling

The ByteBridge Foundational Liquid Cooling Certification is now open for enrollment, with individual and group rates available.

As the global demand for AI infrastructure intensifies, ByteBridge remains committed to equipping the industry with the knowledge and tools needed to embrace next-generation technologies — bridging visions and shaping futures.

---

## Read more

ByteBridge Becomes DTEN's APAC Direct Reseller: Enhancing Collaboration Solutions in the Region

ByteBridge Elevates IT Solutions Offering with Acquisition of SecureLake

Curtis Breville Joins ByteBridge to Drive AI Infrastructure & Advanced Cooling Solutions

*Cooling , Data Center , News*

‹ PREV
Always-On, Always There: Why Global Hardware & Tech 1 Support Is a Game-Changer for Your Business

NEXT ›
Global IT Solution Providers: Your Gateway to Doing Business in Southeast Asia

## Transform your tomorrow with ByteBridge, today.

Contact Us >

bytebridge

### Solutions & Services

Data Center

IT Infrastructure

Workplace

Professional Services

### Company

About Us

Blog

Partners

Careers

sales@bytebt.com

1502 Crocker Ave, Hayward, CA 94544

© Copyright 2026 ByteBridge. All rights reserved. | GDPR | Cookie