# Exhibit 5

bytebridge



# ByteBridge FLCC™ (Foundational Liquid Cooling Certification)

Master the Basics. Lead the Future of Data Center Cooling.

## Why Liquid Cooling?

As AI and HPC workloads intensify, liquid cooling is becoming the standard for high-efficiency, sustainable data centers. But where do you start? The FLCC™ program by ByteBridge gives you the knowledge and confidence to take the first step.

# What You'll Learn

Gain a strong foundation in the core concepts, technologies, and use cases for liquid cooling — from the history to the future.

## Course topics include:

- History of Liquid Cooling
- Modern Trends
- Types of Liquid Cooling
- Early Adopters
- Fundamentals
- Key Components
- Coolant Types
- LC Challenges
- D2C
- Different LC Goals
- Cold Plate Design
- Immersion Options

- Rear Door Heat Exchangers
- L2A vs L2L
- Hybrid Options
- Pros & Cons of Each
- Selection Criteria
- Steps from idea to value
- Tools & Software
- Ongoing Maintenance
- Future of Liquid Cooling
- Power Management
- Beyond "Foundational" Topics
- Data Center Virtual Walkthrough & Discussion

# What You'll Earn

Participants who complete the course will be able to confidently discuss the pros and cons of different liquid cooling types, where they add value, and the benefits they bring to data centers. To earn the certification, participants must pass a final assessment with a score of 75% or higher. Successful graduates will receive a physical FLCC™ certificate and an official LinkedIn certification badge to showcase their achievement.




# Who This Is For

Data center professionals

IT architects and engineers

Project managers

Sustainability and facility leads

Anyone looking to understand the future of data center cooling

# Customer Feedback

*"I really enjoyed and was very happy to be part of this training. It was very*
*covers new technologies that are essential for the data center industry."*

**– Anonymous, Service Operations At A Data Center Design & Infrastr**



in

# About Our Speaker

## Bill Evanger

### Director of Solutions Engineer

*Bill Evanger is a seasoned data center expert with 25+ years of experience architecting and delivering mission-critical infrastructure. As Director of Solutions Engineering at ByteBridge, he focuses on enabling AI-ready environments through advanced cooling and power design.*

*Bill has worked extensively with hyperscalers, MTDC operators, and*

*enterprise clients, leading initiatives across solution design, deployment, and operational optimization. His expertise includes liquid cooling strategies, DCIM-driven workflows, and large-scale infrastructure integration.*

*At FLCC, Bill brings practical, real-world insights into how modern data centers can successfully adopt and scale liquid cooling technologies.*

# Ready to Enroll?

Fill in the form below if you'd like more details or to be notified about upcoming sessions.




# ByteBridge FLCC™ Inquiry Form

Thank you for your interest in FLCC™ program! Please fill in the information and we will contact you for further steps.

Name *

First

Last

Business Email *

Please fill in your corporate email.

Phone *

Company *

# Frequently Asked Questions

**What is the FLCC World Tour?**

The World Tour brings FLCC sessions to key cities worldwide (e.g., **Singapore, Bay Area, India**). It allows regional teams and partners to attend in person, network, and gain insights into liquid cooling adoption in their local market.

We also love to host offline trainings tailored to customer needs. If you'd like us to bring the FLCC program to your city, please let us know — we'd be happy to discuss hosting a session for your team.

**How long is the training?**

**How do I register?**

**What is the format of the training?**

**Will I receive a certificate?**

**Is there a cost to attend?**

Transform your tomorrow with ByteBridge, today

Contact Us >

bytebridge

Solutions & Services

Data Center

IT Infrastructure

Workplace

Professional Services

Company

About Us

Blog

Partners

Careers

sales@bytebt.com

1502 Crocker Ave, Hayward, CA 94544

© Copyright 2026 ByteBridge. All rights reserved. | GDPR | Cookie