# Exhibit 6

# Frequently Asked Questions

**What is the FLCC World Tour?**

The World Tour brings FLCC sessions to key cities worldwide (e.g., **Singapore, Bay Area, India**). It allows regional teams and partners to attend in person, network, and gain insights into liquid cooling adoption in their local market.

We also love to host offline trainings tailored to customer needs. If you'd like us to bring the FLCC program to your city, please let us know — we'd be happy to discuss hosting a session for your team.

**How long is the training?**

**How do I register?**

**What is the format of the training?**

**Will I receive a certificate?**

**Is there a cost to attend?**

## Transform your tomorrow with ByteBridge, today.