# Exhibit 7

**ByteBridge**
12,351 followers
Visit website
11mo •

+ Follow •••

✅ First Stop: Singapore!
The first day of our SG FLCC session was a success 🎉

A huge thank you and congratulations to all our participants today, what a wonderful way to kick off our Foundational Liquid Cooling Certification (#FLCC) World Tour!

#ByteBridgeFLCC




48 · 2 comments • 1 repost

Reactions

+43

Add a comment...

Most relevant ▾

**Samuel Liu** • 3rd+ (edited) 11mo •••
Technical Marketing | Turning Exp...

Huge congratulations, Bruce on a successful tour of the FLCC World Tour in APAC!
It's exciting to see Bytebridge leading the way in liquid cooling readiness, and great to see familiar faces like Spencer Toh getting certified. Th ...more

Like · 3 | Reply · 1 reply

**Bruce Moore** in • 3rd+ 11mo •••
G.M APAC - ByteBridge Technology

🙏 Samuel Liu

Like | Reply


Singapore
bytebridge
FLCC WORLD TOUR
ByteBridge Foundational Liquid Cooling Certification Program — Bringing Cooling Mastery to Your City!
Singapore | October 6-7, 2025
CES Centre, 171 Chin Swee Road #10–05, Singapore 169877
BYTEBRIDGE CERTIFIED FLCC




bytebridge
Foundational Liquid Cooling Certification
bytebridge
Foundational Liquid Cooling Certification