# Exhibit 8

IPE Solutions

IPE SOLUTIONS

# Certified Liquid Cooling Training™



IPE Solutions' Certified Liquid Cooling Training™ (CLCT) is the globally recognized standard for understanding, deploying, and operating liquid cooling in modern data centers. Designed for the realities of high-density compute and AI infrastructure, CLCT establishes a common, vendor-agnostic foundation that aligns engineers, operators, architects, and decision-makers around how liquid cooling actually works—technically, operationally, and at scale.

The program was developed by Dr. Curtis Breville, a widely recognized and respected authority in liquid cooling, drawing on decades of real-world experience across hyperscale, colocation, and enterprise environments. CLCT reflects practical lessons learned from system design, deployment, troubleshooting, and field operations. Rather than focusing on specific products, the certification emphasizes principles, tradeoffs, and risk awareness—preparing professionals to engage confidently and responsibly in liquid-cooling discussions at every level.

An CLCT-certified professional can be expected to clearly explain liquid-cooling architectures and components; evaluate cooling options against power, water, and risk constraints; identify common failure modes and mitigation strategies; and participate meaningfully in design reviews, vendor evaluations, and operational planning. Most importantly, CLCT equips individuals to make—and advocate for—more informed, responsible decisions that reduce risk, improve efficiency, and support long-term sustainability goals.

As liquid cooling becomes essential rather than optional, CLCT serves as a trusted starting point—ensuring organizations don't just adopt liquid cooling, but adopt it with confidence, clarity, and accountability.

An individual who holds the **Certified Liquid Cooling Training™ (**CLCT**)** can be expected to:

**Speak confidently and accurately** about liquid cooling architectures, components, and operating principles

**Differentiate cooling options** (air, hybrid, direct-to-chip, immersion) and explain where each succeeds—or fails

**Evaluate liquid cooling designs** in the context of power density, heat flux, PUE, WUE, and sustainability goals

**Identify common risks and failure modes** associated with liquid cooling systems and articulate mitigation strategies

**Participate meaningfully in design reviews**, vendor evaluations, and technical discussions without reliance on marketing claims

**Ask better questions** of OEMs, integrators, and AEC advisors—and recognize incomplete or misleading answers

**Advocate for more responsible decisions** that balance performance, reliability, efficiency, and environmental impact

**Reduce organizational risk** by applying a sound, vendor-agnostic understanding of how liquid cooling behaves at scale

## Starter Designation Badge:

**Liquid Cooling 101**: Learn the history of where liquid cooling came from along with where we are today, the trends, technologies, and differences between the types of liquid cooling.

**Immersion 200**: Get the overview of the fantastic benefits Immersion cooling brings and learn the differences between the coolant phases, immersion strengths & thermal limitations.

**Direct Liquid Cooling 200**: Get educated on everything direct liquid cooling with insights on everything it takes including passive cold plate loops, coolant, CDUs, and fluid networks.

## Associate Designation Badge:

(Must Have Starter Designation Badge)

**Hybrid Cooling Options 300**: Liquid cooling isn't always black & white and learning the benefits of mixed cooling types and alternatives to the standards arms you with options that just might be right for you.

**Power Usage Effectiveness 300**: Understand how liquid cooling is critical to driving overall data center efficiency and what it takes to reach that 1.0 pinnacle of data center efficiency.

# Professional Certification:

(Must Have Associate Designation Badge)

**Choosing the Right Liquid Cooling 400**: Now that you have the understanding, it is time to learn how to put it into practice to choose the right liquid cooling solution for your environment.

**Service & Support 400**: Liquid cooling is more than the pieces & parts. Problems occur in every environment. Knowing the type of maintenance and best practices to follow are critical as is troubleshooting.




First Name

Last Name

Business Name

Email

Location

Number of team members you are looking to have trained

Preference:

Training module you are seeking:

How they heard about the Certified Liquid Cooling Training:

- [ ] LinkedIn
- [ ] Colleague
- [ ] Search Engine
- [ ] Other

Success! CLOUDFLARE Privacy • Help

REQUEST CLCT INFORMATION

Copyright © 2026 IPE Solutions - WaaS by Lifted websites