# Exhibit 9

**From:** **Curtis Breville** Curtis@ipe-solutions.com
**Subject:** Alignment on FLCC™ Branding and Usage
**Date:** February 16, 2026 at 12:44 PM
**To:** marvin Cunanan Marvin@bytebt.com
**Cc:** alisha Tominaga Alisha.tominaga@bytebt.com

Marvin,

I hope 2026 has started off well for you.

Whenever asked, I continue to actively promote ByteBridge in conversations with technology OEMs, hyperscalers, and data center operators. I continue to believe in the capability of the team and the value ByteBridge brings to the data center space, and I have consistently positioned the company positively in those discussions.

With that said, I would like to align on the use of the FLCC™ name and related marks.

I have formally submitted federal trademark applications with the United States Patent and Trademark Office in Class 041 for:

• Foundational Liquid Cooling Certification
• Liquid Cooling Certification
• FLCC

These filings reflect my ownership and stewardship of the certification brand and its educational framework. The intellectual property associated with FLCC, including the curriculum architecture, module structure, instructional materials, certification standards, branding, and overall program design, was independently conceived, developed, and authored solely by me.

On the advice of my P&T counsel regarding protection of intellectual property rights and trademark ownership, I have been advised that continued third-party use of FLCC™ should be formally clarified once marks are filed. While I fully recognize and appreciate the historical role ByteBridge played in hosting and supporting delivery of the program, now that the applications are pending before the USPTO, it is important that we align on authorized usage moving forward to ensure proper protection and enforcement of the marks.

In addition, the use of a trademarked certification name carries an obligation to maintain consistent quality standards and content accuracy. Any continued delivery, representation, or marketing of FLCC under the trademark would require my review and approval of curriculum updates, instructional materials, instructor qualifications, and overall program integrity. This ensures that the certification maintains its credibility, technical accuracy, and industry standing.

My preference is some type of alignment. If ByteBridge would like to continue referencing or offering FLCC, I am open to structuring a licensing and contractual agreement that defines scope, branding standards, delivery models, and any commercial terms in a way that protects both parties. With the industry evolving so quickly, it is imperative that commonality and high quality standards exists in all aspects.

Separately, and keeping in mind your primary intent & purpose of the class (to drive business), I intend to list ByteBridge in my training on a short list of capable & recommended resellers & solution providers with global reach. If ByteBridge would prefer to position itself as the exclusive reseller in certain engagements and have me deliver the training under that arrangement, I am open to discussing a structured collaboration model.

Please let me know if you are in agreement and/or wish to discuss this in greater detail.

Best regards,

Curtis

 IPE Solutions

Curtis Breville, Dr. Mgt.
Founder / CEO
curtis@ipe-solutions.com
m. +1 (720) 919-0706

www.ipe-solutions.com