JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
ctseng@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff,
BYTE BRIDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BYTE BRIDGE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company, dba IPE SOLUTIONS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-08627-WHO<br><br>**DECLARATION OF CHANCELLOR W. TSENG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Chancellor W. Tseng, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice law before this Court. I am Senior Counsel at Donahue Fitzgerald LLP, attorneys for Plaintiff Byte Bridge, Inc. ("Plaintiff"). I make this declaration in support of Plaintiff's Administrative Motion to Seal in support of its pending Motion for Preliminary Injunction. I am at least 18 years old and have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to these matters.

2. I make this declaration pursuant to the requirements of Civil Local Rule 7–11(a). I was unable to reach a stipulation with counsel for Defendants due to the timing of this Administrative Motion, which was made after business hours on the day Plaintiff's Reply was filed. Based on the Defendants' recently filed administrative motion seeking similar relief (Dkt. 22) and based on the trade secret misappropriation nature of this dispute, it is my good faith belief that counsel for Defendants would have stipulated to this Administrative Motion.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 30th day of September, 2026, at Oakland, California

/s/ Chancellor W. Tseng
Chancellor W. Tseng

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2026, I electronically filed the foregoing **DECLARATION OF CHANCELLOR W. TSENG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C. Griffith Towle
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
Email: gtowle@bartkopavia.com

Thomas G. Pasternak (*pro hac vice*)
Benjamin S. Morrell (*pro hac vice*)
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
Email: tpasternak@taflaw.com
bmorrell@taftlaw.com

*Attorneys for Defendants Curtis H. Breville and Breville Enterprises LLC*

/s/ Chancellor W. Tseng
Chancellor W. Tseng
Attorneys for Plaintiff,
BYTE BRIDGE, INC.