JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff,
BYTE BRIDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BYTE BRIDGE, INC., a Nevada corporation,

Plaintiff,

v.

CURTIS H. BREVILLE, an individual; C.H. BREVILLE ENTERPRISES LLC, a Colorado limited liability company, dba IPE SOLUTIONS; and DOES 1-10, inclusive,

Defendants.

Case No. 3:26-cv-08627-WHO

**DECLARATION OF SUNDEEP RAINA IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR PRELIMINARY INJUNCTION**

Date: October 14, 2026
Time: 2:00 P.M.
Dept.: Courtroom 2 – 17th Floor

I, Sundeep Raina, declare as follows:

1. I am the Director of Sales – Canada and Middle East at Plaintiff Byte Bridge, Inc. ("Plaintiff" or "Byte Bridge"). I make this declaration in support of Plaintiff's Reply Memorandum of Points and Authorities in support of Plaintiff's Motion for Preliminary Injunction ("Motion"). I am at least 18 years old and have personal knowledge of the facts set forth herein, except as otherwise stated. If called as a witness, I could and would competently testify to these matters.

2. I reviewed Defendant Curtis H. Breville's ("Mr. Breville") Declaration and Exhibits in support of his Opposition to this Motion. Byte Bridge takes issue with numerous inaccuracies contained within Mr. Breville's Declaration ("Breville Declaration").

3. I believe the FLCC training course was my idea. In early 2025, I identified a gap in the data center market which Byte Bridge operates in. Specifically at the time, based on my conversations with Byte Bridge's prospective customers in the Middle East, I identified a lack of independent certification of liquid cooling training practices outside of what specific original equipment manufacturers propagate for their own products. Byte Bridge's FLCC training course was aimed to provide a basic level and neutral certification, wholly independent of any particular manufacturer's processes or specific requirements. Because of these conversations at the time, I identified that such a course would be helpful for Byte Bridge's existing customers and could attract new clients to do business with Byte Bridge. In early 2025, I discussed my idea with Byte Bridge's Co-Founder, Marvin Cunanan.

4. When Mr. Breville arrived at Byte Bridge, he came with experience and exposure to liquid cooling. On February 13, 2025, I emailed my FLCC training program idea and framework to Mr. Breville. I directed Mr. Breville to use my framework to build the FLCC Handout. Attached as **Exhibit A** is a true and correct copy of this email conversation with Mr. Breville. A review of my February 13, 2025 email's bullet points shows that it is substantially similar to how the FLCC Handout is structured. Attached within **Exhibit A** are also true and correct copies of screenshots of Microsoft Teams messages I exchanged with Mr. Breville throughout 2025, showing further discussions we had about the FLCC training program; continuing to work on building the FLCC Handout together; and discussing that this FLCC program was and is a first-of-kind in the industry.

5. Additional internal emails in April 2025 show that the FLCC training program was jointly created by myself and Mr. Breville. On April 29, 2025, I provided a status update to various leaders at Byte Bridge regarding the FLCC training we created. Holly Xiong from Byte Bridge indicated that she was "looking forward to seeing this evolve into a mature offering we can take to market." This shows that Byte Bridge was actively developing the FLCC training into different versions to monetize. Attached as **Exhibit B** is a true and correct copy of these internal emails.

6. On July 16, 2025, I also informed Mr. Breville that a certain client, [redacted] had signed an NDA, which meant that Byte Bridge could share the FLCC Handout with that client. Attached as **Exhibit B** is a true and correct copy of these internal emails; the NDA is attached to the Cunanan Reply Declaration as **Exhibit F**. To my knowledge and belief, we did not give the FLCC Handout to any attendees who were trained in Dubai or Abu Dhabi.

7. During my 2025 mid-year performance review, Mr. Cunanan directly credited me with creating the FLCC training. Mr Cunanan's review of my performance stated: "Sundeep is a valuable asset to our organization…Sundeep has been very helpfu[l] in providing guidance on the market in the regions he supports and also marking and sales tactics (IE: FLCC)[.]" A true and correct copy of my 2025 mid-year performance review is attached as **Exhibit C**.

8. It is my shared belief that Paragraph 24 in the Breville Declaration is inaccurate. Byte Bridge did not widely distribute the FLCC Handout without enforcing confidentiality and proprietary protections. While the FLCC Handout was printed out for attendees to take notes on, participants paid to attend the trainings and promised to keep the FLCC Handout confidential. At all relevant times, Byte Bridge's business practice and intended business practice was to only provide the FLCC Handout to participants who agreed to written confidentiality agreements. Mr. Breville knew about Byte Bridge's business practice and intended business practice to keep the FLCC Handout confidential. The FLCC Handout was not freely downloadable on any website controlled by Byte Bridge. While attendees were allowed to take notes on the FLCC Handout and keep their notes, attendees agreed to keep the FLCC Handout confidential.

9. For every presentation identified in paragraph 25 of the Breville Declaration, attendees agreed to written confidentiality agreements. Attendees can be placed into two categories:

potential and existing Byte Bridge customers. Potential customers without any pre-existing contractual relationship with Byte Bridge were asked to sign a "FLCC Participation Confirmation Form" ahead of the training. Such forms contained a confidentiality clause: "Confidentiality – All training materials are proprietary to Byte[]Bridge and must not be copied, shared, or misused." Such forms also listed the training fee required for attendees of the FLCC training. Byte Bridge's marketing department created these forms.

10. Existing customers who attended the training were under existing confidentiality agreements contained within Master Services Agreements and/or separately signed Non-Disclosure Agreements between existing clients and Byte Bridge. Because of those existing contracts containing confidentiality agreements, those participants were not required to sign additional FLCC Participation Confirmation Forms for efficiency's sake. However, Byte Bridge still informed existing customers that the FLCC Handout was confidential and proprietary, protected under the existing commercial agreements between Byte Bridge and its client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this September 29, 2026, at New Delhi, India.

Signed by:
Sundeep Raina
3B0193EFE48F42A...

Sundeep Raina

# Exhibit A

**Chancellor W. Tseng**

**From:** Marvin Cunanan <Marvin@bytebt.com>
**Sent:** Friday, September 25, 2026 3:46 PM
**To:** John C. Kirke; Chancellor W. Tseng
**Cc:** Alisha Tominaga
**Subject:** FW: Liquid Cooling Training Module Discussion

bytebridge

**Marvin Cunanan**
**Co-Founder & General Manager**
E: marvin@bytebt.com
M: +1 [redacted]
T: +1-510-373-8899
F: +1-510-443-6567
www.bytebt.com

---

**From:** Curtis Breville <Curtis.breville@bytebt.com>
**Date:** Thursday, February 13, 2025 at 4:26 PM
**To:** Sundeep Raina <sundeep.raina@bytebt.com>
**Cc:** Marvin Cunanan <Marvin@bytebt.com>
**Subject:** Re: Liquid Cooling Training Module Discussion

Sundeep,

I agree 100% on the need for speed and that time is not on our side. I'm ready to move & move fast.

All of those topics will be addressed. The demand for [redacted] is outpacing all others, particularly due to [redacted]. As the demand evolves (which it is doing quickly), they will become more mainstream.

Keep the info coming and I'm currently building the internal training, which will be repurposed for external training.

Keep the great ideas flowing!

Curtis

bytebridge

**Curtis H. Breville**
**Global Pre-Sales Engineering Manager - Systems & Cooling**

E: curtis.breville@bytebt.com
M: +1 [redacted]

T: +1 510 373 8899
www.bytebt.com

On Feb 13, 2025, at 4:11 PM, Sundeep Raina <sundeep.raina@bytebt.com> wrote:

Hi Curtis,
Thanks for the time earlier today. I think we both agree that [redacted] of the [redacted] which will then be the steppingstone to our [redacted] of these folks leading to us winning [redacted].
I think time is of the essence here, our aim must be to launch it and create a BANG before anyone else. Easier said than done 😊
You are the best person to design this, I just wanted to voice from a layman's perspective, topics that could be looked at while designing the course work. Of Course, the training must be independent of any influence of manufacturers out there. To gain the trust from the desired audience, it must be viewed as a Technology oriented training; something you already know, just wanted to reiterate it.

[redacted]

[redacted]

[redacted]

I guess we can include something on [redacted]). Over a period, we can look at including some [redacted] as a part of the course (I know that's far-fetched, but I told you I get these crazy ideas 😊 )

Parallelly, we should look at getting the course content to [redacted] guys so the course can be floated to [redacted] certified guys who gain credits to renew the certification. Off course, [redacted] or may be take it a step further by [redacted] and [redacted].

Again, I am no expert, I am just providing my view & hopefully some of it makes sense!

Best,

<image001.png> | **Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +[redacted]

T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

Search (⌘ E)

**Chat**

Unread | Channels | Chats

Sundeep / Marvin

EZ
JB
PD
A
B
RC
[redacted]

Curtis Breville

See more

Teams and channels

TU
OC
ha
hu
[redacted]

**Curtis Breville** | Chat | Shared | Notes | Recap | Storyline

[redacted]

**Curtis Breville** 04:43
I have a follow-up call with [redacted] tomorrow

**Curtis Breville** 04:52
I cannot find that course. There is this: https://www.chatsworth.com/en-us/training-center-overview/cec-courses/how-liquid-cooling-is-changing-the-landscape-of-data-centers

**Sundeep Raina** 04:53
Someone will have a a ppt of it, I will try and ask a few guys I know.. they might want to keep it undercover for sometime so people don't copy it

**Curtis Breville** 04:56
It's no big deal. There are places providing training. We are delivering the industries first Foundational Liquid Cooling Certification. Much more impressive, much more valuable.

**Sundeep Raina** 05:03 [redacted]

> Curtis Breville 4/15/25 04:56
> It's no big deal. There are places providing training. We are delivering the industries first Foundational Liquid...

Yeah I get it's no big deal..

Type a message

Search (⌘ E)

**Chat**

Unread | Channels | Chats

Sundeep / Marvin

EZ JB PD A B RC [redacted]

Curtis Breville

See more

Teams and channels

TU oc ha hu [redacted]

**Curtis Breville** Chat | Shared | Notes | Recap | Storyline

**Sundeep Raina** 23:30
Cool, thanks!
I think we also need to plan for the beyond foundation stuff - I am sure there will be people asking us that - likes of [redacted] and [redacted] in due course [redacted]
I know its One Step at a time thing!

**Curtis Breville** 23:33
We absolutely will. there is a lot going on, but it is on the list.

**Sundeep Raina** 23:34
How are the conversations shaping up with the folks who wanted to sponsor?

**Curtis Breville** 23:36
Slow, but focusing on the [redacted] partnership right now. I believe the others wanted to hedge their bets and see how it takes off.

June 25, 2025

**Sundeep Raina** 03:04
Hello Sir
Hope all well

**Curtis Breville** 03:04
Sundeep! Great to hear from. you! All is very well. How are you?

**Sundeep Raina** 03:25

Type a message

Search (⌘ E)

**Chat**

Unread | Channels | Chats

Sundeep / Marvin

[redacted]

Curtis Breville

See more

Teams and channels

[redacted]

**Curtis Breville** Chat | Shared | Notes | Recap | Storyline

[redacted]

March 13, 2025

**Sundeep Raina** 01:56
Curtis - 4-5 Hours training?

**Curtis Breville** 02:11
Yes. Think that is sufficient?

**Sundeep Raina** 02:11
for a start that will be okay. We will test the waters!
Depending on the involvement of the trainee's we could always tweak it, indvidually.

**Sundeep Raina** 02:22
I am kind of taking a pitch that this training is 'first of kind'

[redacted]

**Curtis Breville** 03:08
And it is. I just got done talking to [redacted] partner reps. They don't know squat about liqui[redacted]e no plans that either of them knew of, regarding putting liquid cooling into any servers. 😲

**Sundeep Raina** 03:25
> Curtis Breville 3/13/25 03:08
> And it is. I just got done talking to [redacted] partner reps. They don't know squat about liquid cooling and have no plan...

[redacted]

Type a message

# Exhibit B

**Chancellor W. Tseng**

---

| | |
|---|---|
| **From:** | Marvin Cunanan <Marvin@bytebt.com> |
| **Sent:** | Friday, September 25, 2026 3:38 PM |
| **To:** | Chancellor W. Tseng; John C. Kirke |
| **Cc:** | Alisha Tominaga |
| **Subject:** | FW: [redacted] FLCC Slide Deck |

bytebridge

**Marvin Cunanan**
**Co-Founder & General Manager**
E: marvin@bytebt.com
M: +1 [redacted]
T: +1-510-373-8899
F: +1-510-443-6567
www.bytebt.com

---

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Date:** Wednesday, July 16, 2025 at 10:56 AM
**To:** Curtis Breville <Curtis.breville@bytebt.com>
**Cc:** Marvin Cunanan <Marvin@bytebt.com>
**Subject:** [redacted] FLCC Slide Deck

Hi Curtis,

We have executed the NDA with [redacted]. We need to send the FLCC slide deck to them. Please can you send me the PDF version so I can do the needful.

Many Thanks,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

---

**From:** [redacted]>
**Date:** Wednesday, July 16, 2025 at 02:40
**To:** Sundeep Raina <sundeep.raina@bytebt.com>
**Cc:** [redacted]
<[redacted]>
**Subject:** RE: NDA

⚠ **WARNING: This email originated from outside your organization.**
Do not click links or open attachments unless you recognize the sender and trust the content.

Hi Sundeep,
PFA the NDA from our end, countersigned.

[redacted]

---

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Sent:** 09 July 2025 19:57
**To:** [redacted]
**Cc:** Marvin Cunanan <Marvin@bytebt.com>; [redacted]
**Subject:** Re: NDA

CAUTION: This email originated from outside of [redacted] Please do not click links or open attachments unless you recognize the sender and kno
safe.

Hi [redacted]

No Problem, Attached is the same for your kind perusal.

Thank you,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp + [redacted]
www.bytebt.com

---

**From:** [redacted]>
**Date:** Wednesday, July 9, 2025 at 00:57
**To:** Sundeep Raina <sundeep.raina@bytebt.com>
**Cc:** Marvin Cunanan <Marvin@bytebt.com>, [redacted]
**Subject:** RE: NDA

⚠ **WARNING: This email originated from outside your organization.**
Do not click links or open attachments unless you recognize the sender and trust the content.

Hi Sundeep,

For some reason, I cannot find the email in the thread originally sent to me. Regret the inconvenience, can you please share the attachment again with me. Will get the NDA counter-signed from ourside at the earliest.

Regards,

[redacted]

---

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Sent:** Tuesday, July 8, 2025 6:22 PM
**To:** [redacted]>
**Cc:** Marvin Cunanan <Marvin@bytebt.com>
**Subject:** Re: NDA

You don't often get email from sundeep.raina@bytebt.com. Learn why this is important

CAUTION: This email originated from outside of [redacted] Please do not click links or open attachments unless you recognize the sender and know safe.

Hi [redacted]

Any luck with this.

Best,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

---

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Date:** Tuesday, June 24, 2025 at 19:05
**To:** [redacted]

**Cc:** Marvin Cunanan <Marvin@bytebt.com>
**Subject:** NDA
Hi [redacted]

Please find the NDA signed from our end. Please send us a copy once you execute from your end.

Also, looking forward to the LinkedIn post. Our LinkedIn page is

https://www.linkedin.com/company/bytebridge-technology/posts/?feedView=all

Best,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

---

**From:** [redacted]>
**Date:** Wednesday, June 18, 2025 at 22:04
**To:** Sundeep Raina <sundeep.raina@bytebt.com>
**Cc:** [redacted] Marvin Cunanan <Marvin@bytebt.com>
**Subject:** RE: Our Meeting today

⚠ **WARNING: This email originated from outside your organization.**
Do not click links or open attachments unless you recognize the sender and trust the content.

Hi Sundeep,

It was an absolute pleasure meeting with you& Marvin yesterday. We genuinely appreciate ByteBridge's proactive initiative in organizing the training and certification. Our discussion on the liquid cooling adoption for [redacted] was particularly insightful.

As requested, please find attached the NDA for your review.

Looking forward to continuing our collaboration and achieving great results together.

Best regards,
[redacted]

[redacted]

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Sent:** Thursday, June 19, 2025 1:47 AM
**To:** [redacted]>
**Cc:** [redacted]>; Marvin Cunanan <Marvin@bytebt.com>
**Subject:** Our Meeting today

CAUTION: This email originated from outside of [redacted] Please do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi [redacted]

Thank you for your time and kind courtesy that you extended during our visit to your esteemed office yesterday.

As discussed, I am working with [redacted] and [redacted] to have their assessments completed post which we will issue the certificates to them as well.

Please send us the NDA for us to be able to send the training slides and videos to your team as requested by them. Once we execute the NDA, we will send the material.

Finally, we look forward to a PR on LinkedIn or any other suitable media of your choice on the Liquid cooling certification at [redacted] by ByteBridge. This will be highly appreciated.

Many Thanks,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp + [redacted]
www.bytebt.com

Disclaimer:

The information in this email and in any files transmitted with it is intended only for the addressee and may contain confidential and/or privileged material. Access to this email by anyone else is unauthorized. If you receive this in error, please contact the sender immediately and delete the material from any computer. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is strictly prohibited. Statement and opinions expressed in this e-mail are those of the sender, and do not necessarily reflect those of [redacted]. [redacted] accepts no liability for any damage caused by any virus/worms transmitted by this email.

Disclaimer:

The information in this email and in any files transmitted with it is intended only for the addressee and may contain confidential and/or privileged material. Access to this email by anyone else is unauthorized. If you receive this in error, please contact the sender immediately and delete the material from any computer. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is strictly prohibited. Statement and opinions expressed in this e-

mail are those of the sender, and do not necessarily reflect those of [redacted]. [redacted] accepts no liability for any damage caused by any virus/worms transmitted by this email.

Disclaimer:

The information in this email and in any files transmitted with it is intended only for the addressee and may contain confidential and/or privileged material. Access to this email by anyone else is unauthorized. If you receive this in error, please contact the sender immediately and delete the material from any computer. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is strictly prohibited. Statement and opinions expressed in this e-mail are those of the sender, and do not necessarily reflect those of [redacted]. [redacted] accepts no liability for any damage caused by any virus/worms transmitted by this email.

**Chancellor W. Tseng**

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Sent:** Monday, September 28, 2026 10:59 AM
**To:** John C. Kirke; Chancellor W. Tseng
**Cc:** Marvin Cunanan; Alisha Tominaga
**Subject:** Holly Xiong & CB Comments on Liquid Cooling

[redacted]

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

---

**From:** Curtis Breville <Curtis.breville@bytebt.com>
**Date:** Tuesday, April 29, 2025 at 17:01
**To:** Holly Xiong <holly@bytebt.com>; Sundeep Raina <sundeep.raina@bytebt.com>; Daphne Tai <daphne.tai@bytebt.com>
**Cc:** marvin@bytebt.net <marvin@bytebt.net>
**Subject:** Re: Liquid Cooling Training

Thank you, Holly. I have given this much thought. Let us discuss this so we do not alienate.

From our most recent feedback from our FLCC trained customer, they had also received a lot from [redacted], but it was not as wide reaching and in depth as what they received from us today.

Curtis

Get Outlook for iOS

---

**From:** Holly Xiong <holly@bytebt.com>
**Sent:** Tuesday, April 29, 2025 2:44:31 PM
**To:** Sundeep Raina <sundeep.raina@bytebt.com>; Daphne Tai <daphne.tai@bytebt.com>; Curtis Breville <Curtis.breville@bytebt.com>
**Cc:** marvin@bytebt.net <marvin@bytebt.net>
**Subject:** Re: Liquid Cooling Training

Something to add, I talked to [redacted] he expressed interest in collaborating on our training program. He mentioned he's been running monthly sessions with [redacted] since last year—companies like [redacted] and [redacted]—and has seen a significant business impact.

**Holly Xiong**
**Director of Marketing & Partner Alliances**

E: holly@bytebt.com
M: +[redacted]
T: +86 400 8866 490
www.bytebt.com

---

**From:** Holly Xiong <holly@bytebt.com>
**Sent:** Tuesday, April 29, 2025 18:20
**To:** Sundeep Raina <sundeep.raina@bytebt.com>; Daphne Tai <daphne.tai@bytebt.com>; Curtis Breville <Curtis.breville@bytebt.com>
**Cc:** marvin@bytebt.net <marvin@bytebt.net>
**Subject:** Re: Liquid Cooling Training

Hi Sundeep, Curtis,

Thanks for sharing these inspiring updates—and congratulations on the successful training sessions!

I also spoke with a few visitors at our ByteBridge booth during [redacted], and it's clear the program generated strong interest.

Looking forward to seeing this evolve into a mature offering we can take to market.

Best regards,
Holly

**Holly Xiong**
**Director of Marketing & Partner Alliances**

E: holly@bytebt.com
M: +86 [redacted]
T: +86 400 8866 490
www.bytebt.com

---

**From:** Sundeep Raina <sundeep.raina@bytebt.com>
**Sent:** Monday, April 28, 2025 21:25

**To:** Daphne Tai <daphne.tai@bytebt.com>; Holly Xiong <holly@bytebt.com>; Curtis Breville <Curtis.breville@bytebt.com>
**Cc:** marvin@bytebt.net <marvin@bytebt.net>
**Subject:** FW: Liquid Cooling Training

Team,

Our first training session was a Hit!!

7 Members in person and another 7 on MS Teams. On a Monday, ist day of the week is generally never a good time for these trainings but we did a great job.

Attached, Pics.

Daphne – Don't put them on LinkedIn yet.. I will work with you on how to put it.

Shout to Curtis – Thanks a lot!! Onwards and Upwards.

Thanks,

bytebridge

**Sundeep Raina**
**Director of Sales- Canada and Middle East**
E: sundeep.raina@bytebt.com
M: +1 [redacted]
T: +1 510 373 8899
WhatsApp +[redacted]
www.bytebt.com

# Exhibit C

# ByteBridge Performance Review_1H 2025

## Employee Information

1. **Full Name** *

Sundeep Raina

2. **Job Title** *

Director Sales Canada and Middle East

3. **Location** *

- ○ US
- ◉ Canada
- ○ the Netherlands
- ○ India
- ○ Singapore
- ○ Indonesia
- ○ the Philippines
- ○ Japan
- ○ Korea
- ○ Mainland China
- ○ Mainland China- Apple BU
- ○ HongKong
- ○ Taiwan
- ○ Brazil

4. **Your Manager Name (Reviewer)** *

Marvin Cunanan

## Core Competencies Evaluation

5. **Problem-Solving and Innovation** *

★★★★★

6. **Collaboration and Teamwork** *

★★★★★

7. **Professional/Technical Knowledge and Skills** *

★★★★☆

8. **Communication Skills** *

★★★★★

9. **Adaptablity** *

★★★★★

## Performance & Goals Assessment

**Instruction:**
1. Please limit your answer to around **150–180 words** (up to 1000 characters including spaces), so the content can be properly displayed in the final report.
2. Use bullet points or short paragraphs where possible for clarity.

10. **Daily Work Performance (For Non-Sales Roles)**

Please provide a brief summary of your daily work responsibilities and evaluate the quality and consistency of your performance. Kindly ensure that both positive results and areas for improvement are included.

Introduce BBT to market & conveying BBTs Value Proposition. Building structure in regions responsible. [redacted] Building relationships with various stakeholders in the market [redacted] internal team members etc.), Identify & participate in industry events in the region. I also help with screening potential team members.

Positives: Built strong relationships, led to us getting in front of strategically important customers, consultants, partners and vendors. E.g - [redacted]

Exposed BBT to [redacted] level audience. Communicated our Value Prop proactively to the market & identified big opportunities that we can be part of in near future and long term. [redacted]

Areas of Improvement: Demonstrate our capabilities to the market and set structure to capitalize on the leads.

Please enter at most 1000 characters

11. **Sales Performance (For Sales Roles)**

Please indicate the sales target and the numbers achieved. Specify whether it refers to bookings, revenue, or GP.

> [redacted] from the regions due to our structure on ground.
>
> Notable ones: [redacted]
>
> [redacted] has great potential and have opportunities worth [redacted] potentially more.
>
> Identified liquid cooling training as potential way of stamping BBT image in minds of Strategic Customers. The trainings were very well received leading further enhancement of relationship and possibilities of landing some projects. The training content needs to be developed further and a higher level of training should be the next step.

Please enter at most 1000 characters

12. **Review last year's goals or tasks and evaluate the outcomes and key achievements (For Management and/or Senior Roles)**

Please focus on **revenue/cost impact, operational efficiency, client satisfaction, and technical expertise** by providing exact outcomes or quantified results (of your team). Kindly ensure that both positive results and areas for improvement are included.

> Worked with [redacted] to secure [redacted] - Averaged out [redacted]
>
> [redacted] - In Final stages reached
>
> Identified and participated in events - [redacted] soft benefits of getting to know important people in market (new post [redacted] started)

Please enter at most 1000 characters

13. **Learning & Development (For All Employees)**

Please list any professional or technical training completed or certifications obtained during the year.

> Intend to get relevant trainings on [redacted] this year. Shortlisting courses and any advice on this would be welcome.

Please enter at most 1000 characters

14. **Overall Self-Assessment (For All Employees)**

Please provide any self-reflections on your personal performance, areas of improvement or growth, behavioral and cultural fit, challenges faced, and potential solutions to address them.

> Reflection:
> Overall, I believe I contributed as much I could under the circumstances, especially in terms of utilizing extremely strong client relationships built over years by me.
> Conveyed BBTs value prop & positioned solutions.
> As much well rounded professional I am, I'm also aware that generating revenue and profit is the bottom line!
>
> Areas of Improvement or Growth:
> In-depth understanding of what [redacted] brings to table and some of the cloud technologies.
>
> Behavioral and Cultural Fit:
> I am as much an individual contributor as much as I believe in team culture, collaboration, ownership, and resilience. I value Contribution & believe that is the key. I do at times find a bit of challenge in terms of culture of working in North America, especially around lack of sense of urgency and I am trying to get better at it.
>
> Challenges Faced:Revenue generation.
>
> Potential Solutions: [redacted] that I address to generate meaningful revenue & profitability.

Please enter at most 1000 characters

15. **Goals or Plans for the Upcoming Year (For All Employees)**

Share your strategic thoughts. For sales roles, please list your major pipelines and target sales numbers.

> Form a structure on ground that will allow business generation. Of Course, this needs to be the collective vision of the organization. We are all in this together.

Please enter at most 1000 characters

Content below is for eSign ONLY. Click 'Submit' and save your response.

**Performance Rating**
Please indicate the final performance rating for this employee by writing one of the following options:
Far Exceeds Expectations / Exceeds Expectations / Meets Expectations / Still Developing

**Rating Assigned**: Exceeds Expectations
*(Manager must select and write one of the four options above)*

**Comments from Direct Report Manager**

Sundeep is a valuable asset to our organization and brings a lot of experience and connections with the relationships he's built throughout the year. We are a growing organization and Sundeep has been very helpfu in providing guidance on the market in the regions he supports and also marketing and sales tactics (IE: FLCC)
While revenue is still developing, there is a plan and high level strategy to grow the middle east market under Sundeep.
Once we have a solid pipeline in place in the middle east, I would like to work closely with Sundeep on building a thorough business plan for the [redacted] region and Canada.

**Comments from Next-Level Reviewer (Optional)**

**Acknowledgement**

I acknowledge that I have received and discussed this performance appraisal with my manager. I understand that any monetary rewards are based not only on my personal performance but also on the overall performance of the company. I confirm that I am aware of the expectations outlined and the areas for improvement highlighted in this review.

**Employee Name & Signature:** Signed by: Sundeep Raina 3B0193EFE48F42A...

**Manager's Name & Signature:** DocuSigned by: Marvin Curanan 738AB714964E4E0...

**Next-Level Reviewer's Name & Signature (if applicable):** ____________________

**HR's Name & Signature** : Signed by: Alisha Tominaga DAAF55455613437...