C. Griffith Towle (CA SBN 146401)
gtowle@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
Tel.: (415) 956-1900

Thomas G. Pasternak (*pro hac vice*)
tpasternak@taftlaw.com
Benjamin S. Morrell (*pro hac vice*)
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Attorneys for Defendants Curtis H. Breville and Breville Enterprises LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BYTE BRIDGE, INC.,

Plaintiff,

v.

CURTIS H. BREVILLE, et. al.,

Defendants.

Case No. 3:26-cv-08627-WHO

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 7-3(b), Defendants Curtis H. Breville and C.H. Breville Enterprises LLC do not oppose Plaintiff's Administrative Motion to Seal (Dkt. 29).

Dated: October 5, 2026

By: */s/ C. Griffith Towle*
C. Griffith Towle (CA SBN 146401)
gtowle@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, CA 94111
Tel.: (415) 956-1900

Thomas G. Pasternak (*pro hac vice*)
tpasternak@taftlaw.com
Benjamin S. Morrell (*pro hac vice*)
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Attorneys for Defendants Curtis H. Breville and Breville Enterprises LLC*

**CERTIFICATE OF SERVICE**

I, Charles Griffith Towle, pursuant to 28 U.S.C. § 1746, declare as follows:

On the date listed below, Defendants served filed ECF-stamped copies of the foregoing document on the following counsel of record via email:

JOHN C. KIRKE, #175055
jkirke@donahue.com
CHANCELLOR W. TSENG, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Date: October 5, 2026

*<u>/s/ C. Griffith Towle</u>*